ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet **06-123 T**

Plaintiff(s) or Petitioner(s)

EVERGREEN TRADING, LLC by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC A Partner Other than the Tax Matters Partner

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] David D. Aughtry

Firm Name: Chamberlain, Hrdlicka, White, Williams & Martin

Post Office Box:

Street Address: 191 Peachtree Street N.E. - Ninth Floor

City-State-Zip: Atlanta, Georgia 30303

Telephone & Facsimile Numbers: 404-659-1410 404-659-1852 (fax)

E-mail address: david.aughtry@chamberlainlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 1 2

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R E

See attached Sheet for three digit code.

Amount Claimed: $ $14, 718 949

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005