# *IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

| | | |
|---|---|---|
| **EVERGREEN TRADING, LLC**, by Through **GLEN NUSSDORF** and **CLAUDINE STRUM** On Behalf of **GN INVESTMENTS, LLC**, Partners Other than the Tax Matters Partner, | ) | |
| Plaintiffs, | ) | No. 06-123 T |
| | ) | ( **Judge Francis M. Allegra**) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Stuart J. Bassin, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Justice Department (Tax)
P.O. Box 403, Ben Franklin Station
Washington, DC 20044
(202) 307-6418
(Fax) (202) 514-9440

Dated: April 18, 2006

s/Stuart J. Bassin
STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Justice Department (Tax)
P.O. Box 403, Ben Franklin Station
Washington, DC 20044
(202) 307-6418
Stuart.J.Bassin@usdoj.gov