**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,** | ) | |
| **Plaintiffs,** | ) | **No. 06-123 T** |
| **v.** | ) | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | ) | **Electronically Filed – June 7, 2006** |
| **Defendant.** | ) | |

---

**MOTION TO STAY PROCEEDINGS PENDING DECISION IN *JADE TRADING, LLC, et al. v. UNITED STATES***

---

Evergreen Trading, LLC, by and through Glen Nussdorf and Claudine Strum on behalf of GN Investments, LLC, partners other than the Tax Matters Partner ("Plaintiffs"), respectfully move this Court for a stay of proceeding pending the forthcoming decision in *Jade Trading, LLC, et al. v. United States,* Fed. Cl. No. 03-2164T. In support of its motion, Plaintiffs state the following:

1. Plaintiffs filed their complaint on February 20, 2006, and Defendant filed its answer on April 18, 2006.

2. Pursuant to ¶ 4 of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC") and RCFC 6(e), the parties' joint preliminary status report is due June 12, 2006.[1]

---

[1] The disposition of this motion will determine whether it will be necessary for the parties to file a motion for enlargement of time to file the joint preliminary status report.

3. This case involves certain issues of law in common with *Jade Trading, LLC, et al. v. United States,* No. 03-2164T, which is currently pending in this Court before Judge Mary Ellen Coster Williams.

4. A trial was held in *Jade Trading* in September 2005 and oral arguments were heard on December 14, 2005. During closing arguments in that case, Defendant's counsel stated that issues in *Coltec Industries Inc. v. United States*, No. 05-5111 were similar to the economic substance arguments made by Defendant in *Jade*. Accordingly, Defendant's counsel urged Judge Williams to defer rendering an opinion in *Jade Trading* until the United States Court of Appeals for the Federal Circuit decides *Coltec*.

5. By order dated April 27, 2006, Judge Williams stayed the decision in *Jade Trading* pending a decision in *Coltec*, noting that *Coltec* had been fully briefed and argued at the Circuit. Since the *Coltec* argument was in early February, a decision could be forthcoming in the immediate future.

6. Staying this case pending the decision in *Jade Trading* serves judicial economy. *See Haustechnik v. United States*, 34 Fed. Cl. 740, 745 (1996) (staying proceedings pending outcome of a German suit because it served judicial economy); *Northrop Corp. v. United States*, 27 Fed. Cl. 795, 803-805 (1993) (continuing stay because it promoted, *inter alia,* judicial economy). The decision in *Jade Trading* is very relevant to the legal issues in this case and may be dispositive of several of the key issues in this case.

7. Moreover, because the cases contain certain factual similarities, staying this case should reduce discovery with respect to certain issues. *Id. See also, Corning Glass Works v. United States*, 220 Ct. Cl. 605, 605 (1979) (granting a stay in order "to serve the interest of judicial economy and to avoid duplicative discovery proceedings"). The parties in *Jade Trading*

have exhaustively addressed factual and legal issues before the Court in this case. To proceed with this action prior to the decision in *Jade Trading* will result in a duplication of efforts and increased cost to the government, Plaintiffs, and this Court. *See Far West Federal Bank, S.B., et al. v. Director, Office of Thrift Supervision*, 930 F.2d 883, 891 (Fed. Cir. 1991) ("In today's climate of burgeoning litigation and strained resources, duplication of litigation serves no congressional purpose; it squanders judicial, governmental, and private resources").

8. Moreover, there are other cases pending with this Court with issues similar to the issues in this case: *K-2 Trading Ventures, LLC v. United States*, Fed. Cl. No. 04-1419T (Judge Williams); *Platinum Trading, LLC v. United States*, Fed. Cl. No. 05-545T (Judge Damich); and *Arbitrage Trading LLC v. United States* (Judge Hewitt), Fed. Cl. No. 06-202T. The *K-2 Trading* case is set for trial in November of this year. Judge Damich has stayed the *Platinum Trading* case indefinitely pending the resolution of *Jade Trading*. *See Platinum* Docket Sheet attached hereto as Exhibit A. Defendant in the *Arbitrage Trading* case has requested an extension of time to file an answer, and so any decision on filing a motion for stay in that case is premature.

9. As the Court ordered in *Platinum,* Plaintiffs propose this case be stayed and the parties file a joint status report within 30 days following the decision in *Jade Trading.*

10. Alternatively, Plaintiffs propose a stay of 120 days to allow for developments in the *Coltec* and *Jade Trading* cases. At the end of the 120 days, the parties would file status reports to apprise this Court of the status of the *Coltec* and *Jade Trading* cases and whether a further stay would be warranted. The benefit of waiting on guidance from those cases outweighs the relatively small inconvenience of waiting a limited time to begin discovery.

11. Defendant opposes allowance of this motion and will file a written response shortly.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order staying proceedings pending the decision in *Jade Trading, LLC v. United States.*

Dated this 7th day of June, 2006.

Respectfully submitted,

**s/ David D. Aughtry**

David D. Aughtry
Georgia Bar No. 028010
ATTORNEY FOR PLAINTIFFS

Chamberlain, Hrdlicka, White
Williams & Martin
191 Peachtree Street, N.E., 9th Floor
Atlanta, Georgia 30303-1747
Telephone: (404) 659-1410
Facsimile: (404)659-1852
david.aughtry@chamberlainlaw.com

This memorandum was prepared using Times New Roman font, Point 12.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2006, I electronically filed the foregoing Motion to Stay Proceedings Pending Decision in *Jade Trading, LLC, et al. v. United States* with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorney of record and the Tax Matters Partner:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

**s/ David D. Aughtry**

David D. Aughtry
Georgia Bar No. 028010
ATTORNEY FOR PLAINTIFFS

Chamberlain, Hrdlicka, White
Williams & Martin
191 Peachtree Street, N.E., 9th Floor
Atlanta, Georgia 30303-1747
Telephone: (404) 659-1410
Facsimile: (404)659-1852
david.aughtry@chamberlainlaw.com