ECF

EXHIBIT
A

# US Court of Federal Claims
## United States Court of Federal Claims (COFC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00545-EJD

PLATINUM TRADING LLC v. USA
Assigned to: Chief Judge Edward J. Damich
Demand: $2,863,000
Cause: 28:1491 Tucker Act

Date Filed: 05/12/2005
Jury Demand: None
Nature of Suit: 220 Tax - TEFRA Partnership 28:1508
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**PLATINUM TRADING LLC**
*by and through WILLIAM B. GUZY, A Partner Other Than The Tax Matters Partner*

represented by **Thomas P. Fitzgerald**
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
Fax: (312) 558-5700
Email: tfitzgerald@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**

represented by **David Raymond House**
U. S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
202-616-3366
Email: david.r.house@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2005 | 1 | COMPLAINT against USA (TRE) (Filing fee $250, Receipt number 062890), filed by PLATINUM TRADING LLC. Answer Due by 7/11/2005. (dw1) (Entered: 05/13/2005) |
| 05/12/2005 | 2 | NOTICE of Assignment to Chief Judge Edward J. Damich. (dw1) (Entered: 05/13/2005) |
| 06/27/2005 | 3 | NOTICE of Appearance by David Raymond House for USA. Service: 6/27/2005.(mb2, ) (Entered: 06/28/2005) |
| 06/30/2005 | 4 | MOTION for Extension of Time to File Answer re [1] Complaint until |

| | | |
|---|---|---|
| | | 9/7/2005 filed by USA.Service: 6/30/05. (dls ) (Entered: 07/06/2005) |
| 07/01/2005 | 5 | ORDER granting [4] Motion for Extension of Time to Answer. Answer Due by 9/7/2005. (signed by the Clerk) (dls ) (Entered: 07/06/2005) |
| 07/07/2005 | 6 | SPECIAL PROCEDURES ORDER. Signed by Judge Edward J. Damich. (mb2, ) (Entered: 07/11/2005) |
| 09/02/2005 | 7 | ORDER directing the Clerk to designate this case as an electronic (ECF) case. All future filings will be in electronic form. Signed by Judge Edward J. Damich. (mb2, ) (Entered: 09/06/2005) |
| 09/02/2005 | 8 | NOTICE of Designation of Electronic Case. (mb2, ) (Entered: 09/06/2005) |
| 09/07/2005 | 9 | ANSWER to [1] Complaint filed by USA. JPSR due by 10/31/2005. (House, David) (Entered: 09/07/2005) |
| 10/20/2005 | 10 | MOTION to Stay PROCEEDINGS PENDING DECISION IN JADE TRADING, LLC, et al. v. UNITED STATES, filed by PLATINUM TRADING LLC. Response due by 11/7/2005. (Fitzgerald, Thomas) (Entered: 10/20/2005) |
| 10/26/2005 | 11 | RESPONSE to 10 MOTION to Stay PROCEEDINGS PENDING DECISION IN JADE TRADING, LLC, et al. v. UNITED STATES, filed by USA. Reply due by 11/7/2005. (House, David) Modified on 10/26/2005 to correct reply deadline (jat, ). (Entered: 10/26/2005) |
| 10/26/2005 | | Set/Reset Deadlines: Reply due by 11/7/2005. (jat, ) (Entered: 10/26/2005) |
| 10/27/2005 | 12 | ORDER granting 10 Plaintiff's Unopposed Motion to Stay. The parties shall file a joint status report on or before January 9, 2006, wherein they inform the Court of the status of Jade and the status of the criminal investigation in the related case.Signed by Chief Judge Edward J. Damich. (tjc) (Entered: 10/27/2005) |
| 01/06/2006 | 13 | STATUS REPORT, filed by all parties. (House, David) (Entered: 01/06/2006) |
| 01/09/2006 | | The parties are ordered to file a supplemental JSR on or before January 16, 2006, wherein they inform the court of whether they believe the stay should continue or if it should be lifted and the reasons therefore. If the parties believe the stay should be lifted, they shall inform the court on how they wish to proceed. Signed by Chief Judge Edward J. Damich. (tjc) (Entered: 01/09/2006) |
| 01/09/2006 | | Set Deadlines: Joint Status Report due by 1/16/2006. (mb2, ) (Entered: 01/09/2006) |
| 01/17/2006 | 14 | JOINT STATUS REPORT, filed by all parties. (House, David) (Entered: 01/17/2006) |
| 01/20/2006 | | STATUS REPORT ORDER. The parties shall file a JSR on or before April 20, 2006, wherein they inform the court of the status of Jade and the pending criminal investigation in a related case and whether they believe the stay should continue and the reasons therefore. If the parties believe |

| | | |
|---|---|---|
| | | the stay should be lifted, they shall inform the court on how they wish to proceed. Signed by Chief Judge Edward J. Damich. (tjc) (Entered: 01/20/2006) |
| 04/20/2006 | 15 | JOINT STATUS REPORT, filed by USA. (House, David) (Entered: 04/20/2006) |
| 05/01/2006 | | STATUS CONFERENCE ORDER: **A telephonic status conference will be held on 6/9/06, at 11:00 a.m.** The parties shall be prepared to discuss, in detail, why they believe the stay should continue in this case. One business day before the conference, counsel shall call Ms. Shirley Scott, Judicial Assistant to Chief Judge Damich, at 202/357-6483, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. Signed by Chief Judge Edward J. Damich. (tjc) (Entered: 05/01/2006) |
| 05/04/2006 | | STATUS REPORT ORDER. On 10/27/05, the court stayed this case pending a decision in Jade Trading, LLC, et al. v. United States (03-2164). On 4/27/06, the presiding judge in Jade Trading stayed the case. In light of this change in circumstances, the court no longer believes it is efficient or prudent for this case to remain stayed. **Accordingly, the parties shall file a joint status report on or before 5/12/06, indicating how they propose to proceed**. Signed by Chief Judge Edward J. Damich.(tjc) (Entered: 05/04/2006) |
| 05/12/2006 | 16 | STATUS REPORT *(JOINT)*, filed by PLATINUM TRADING LLC, USA. (Fitzgerald, Thomas) (Entered: 05/12/2006) |
| 05/16/2006 | | ORDER. In the parties' 5/12/06 joint status report they requested a continuance of the stay pending a decision in Jade Trading, LLC v. United States, Fed. Cl. No. 03-2164 which is currently stayed pending the Federal Circuit's ruling in Coltec Industries, Inc. v. United States, Fed. Cir. No. 05-5111. Although the court is reluctant to stay cases for indefinite periods of time, in light of the parties' joint request, the stay is hereby continued indefinitely. **The parties shall file a joint status report within 30 days of a decision in Jade, wherein they indicate how they propose to proceed.** Signed by Chief Judge Edward J. Damich. (tjc) (Entered: 05/16/2006) |
| 06/05/2006 | | **ORDER cancelling the status conference set for 6/9/06.** Signed by Chief Judge Edward J. Damich. (tjc) (Entered: 06/05/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/07/2006 12:15:55 | | | |
| **PACER Login:** | ch0049 | **Client Code:** | |
| | Docket | **Search** | 1:05-cv-00545- |

| | | | |
|---|---|---|---|
| **Description:** | Report | **Criteria:** | EJD |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |