# In The United States Court of Federal Claims

No. 06-123 T

(Filed: June 20, 2006)

EVERGREEN TRADING, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**SPECIAL PROCEDURES ORDER**

A telephonic preliminary status conference will be held in this case on Tuesday, June 27, 2006, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge