IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

BDO SEIDMAN, LLP's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE WRITTEN OBJECTIONS TO SUBPOENA DUCES TECUM

This Unopposed Motion for Enlargement of Time to File Written Objections to Subpoena Duces Tecum is hereby made by BDO Seidman, LLP ("BDO") pursuant to Rule 6.1 and Rule 45(c)(2)(B) of the Rules of the United States Court of Federal Claims. In support of the Motion, counsel for BDO states as follows:

1. BDO is a non-party witness with a principal place of business in Chicago, Illinois.

2. On or about July 18, 2006, counsel for the United States issued a subpoena (the "Subpoena") to BDO commanding the production by BDO of certain documents to the United States at the offices of BDO's counsel, DLA Piper Rudnick Gray Cary US LLP in New York, New York at 4:00 p.m. on August 23, 2006.

3. The Subpoena is materially similar to a subpoena issued on June 21, 2005 to BDO by counsel for the United States in K2 Trading Ventures, LLC, et al. v. United States, No. 04-1419 T ("K2 Trading Ventures"). In K2 Trading Ventures, counsel for BDO and counsel for the United States engaged in a dialogue regarding the scope of that subpoena and the relevance of the documents requested therein. That dialogue resulted in the resolution of all issues.

4. Counsel for BDO has had ongoing discussions with counsel for the United States with respect to the Subpoena and, as with K2 Trading Ventures, expects to resolve outstanding issues with respect to the Subpoena. Counsel for BDO anticipates filing written objections on a protective basis pending resolution of the issues relating to the Subpoena.

5. On August 4, 2006, counsel for BDO spoke with counsel for the United States by telephone to discuss this Motion and counsel for the United States informed counsel for BDO that the United States (1) has no objection to the granting of this Motion and (2) has no objection to this Motion being treated as timely filed.

6. Accordingly, BDO requests that the Court enlarge the time for filing written objections to the Subpoena by an additional 14 days to and including August 15, 2006 pursuant to Rule 6.1 and Rule 45(c)(2)(B) of the Rules of the Court of Federal Claims.

WHEREFORE, for the foregoing reasons, BDO's Unopposed Motion for Enlargement of Time to File Written Objections to Subpoena Duces Tecum should be granted.

Respectfully submitted,

_s/Ellis L. Reemer______________________
Ellis L. Reemer
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4980
Facsimile: 212-335-4501

_s/Marc J. Korab________________________
Marc J. Korab
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4903
Facsimile: 212-335-4501

Date: August 7, 2006

*Attorneys for BDO Seidman, LLP*

CERTIFICATE OF SERVICE

I certify that service of the foregoing Unopposed Motion for Enlargement of Time to File Written Objections to Subpoena Duces Tecum has, this 7th day of August 2006, been made on counsel for Plaintiff and Defendant by mailing a copy in a postage prepaid envelope to the following addresses:

David D. Aughtry, Esq.
Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E.
Suite 900
Atlanta, Georgia 30303-1747

Counsel for Plaintiff

Stuart J. Bassin, Esq.
U.S. Department of Justice
Tax Division, Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

Counsel for Defendant

s/Marc J. Korab