IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTIONS FOR ENLARGEMENT OF TIME AND FOR ENLARGEMENT OF THE DISCOVERY PERIOD

The parties jointly move for the following enlargements of time–

(1) Plaintiffs seek a 39 day enlargement of time, from January 22 to March 2, 2007, in which to respond to the second requests for production of documents and third set of interrogatories served by the United States,

(2) The United States seeks a 28 day enlargement of time, from January 19 to February 16, 2007, to respond to plaintiffs' reservice of its first request for admissions,

(3) The United States seeks a 28 day enlargement of time, from January 22 to February 19, 2007, to respond to plaintiffs' second request for admissions, and

(4) The parties jointly seek a 55 day enlargement of the discovery period, from

January 31 to March 27, 2007.[1]

This is the first request for enlargement of these periods served by either party and plaintiffs, after reviewing a draft of this motion, have authorized the United States to file on behalf of both parties.

As good cause for allowance of the motion for enlargement of the discovery period, the parties state that substantial progress has been made by the parties in developing this case, but that additional time will be required to complete the discovery process. The parties served various discovery requests and third-party subpoenas during the late summer and, due to several factors, the document production pursuant to those discovery requests took several months to complete. Thereafter, scheduling difficulties surrounding the holiday season and the dispute which led to plaintiffs' filing of the pending motion for stay delayed scheduling of depositions. The first wave of those depositions is now scheduled for the week of January 23 and the parties are working on scheduling other depositions for February and March. The requested enlargement of the discovery period will allow these depositions to proceed.[2]

As good cause for allowance of the motion for enlargement of the time for responding to the written discovery requests, the parties state that they will be able to more fully respond to these requests after some of the scheduled depositions are completed. The requested enlargements will allow the parties to postpone submission of their responses to these requests

[1] Plaintiffs request an additional 45 days until May 15, in which to complete discovery because of conflicts with counsels' trial schedules.

[2] Counsel recommend that the Court modify its order requiring the parties to submit a joint status report regarding future proceedings in this case on February 13, 2007. Plaintiffs' counsel has a trial in Tax Court scheduled for that date and requests that the status report be filed on February 22, 2007.

until after those depositions.

WHEREFORE, the parties jointly request that the Court allow the requested enlargements.

Respectfully submitted,

/s Stuart J. Bassin
STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-2507
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM F. HULBIG
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney
Of Counsel

Attorneys for the United States

January 18, 2007