IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

STIPULATION REGARDING DEPOSITIONS AND TESTIMONY OF CLAUDINE STRUM AND ALICIA NUSSDORF

WHEREAS, the United States has served subpoenas for the depositions of Claudine Strum and Alicia Nussdorf,

WHEREAS, plaintiffs have represented that Claudine Strum and Alicia Nussdorf do not have knowledge relevant to the facts of this case,

WHEREAS, plaintiffs have accordingly requested that the United States cancel the scheduled depositions of Claudine Strum and Alicia Nussdorf,

The parties agree as follows:

1. The United States will cancel the scheduled depositions of Claudine Strum and Alicia Nussdorf.

2. Plaintiffs will not call Claudine Strum or Alicia Nussdorf as witnesses or rebuttal witnesses at the trial of this matter.

3. However, to the extent that any document or witness in this matter refers to a statement or act taken by Claudine Strum or Alicia Nussdorf, the United States may depose them on that subject.

Respectfully submitted,

/s David D. Aughtry
DAVID D. AUGHTRY
Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree St., N.E.
Ninth Floor
Atlanta, GA 30303

Attorney for Plaintiffs

/s Stuart J. Bassin
STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-2507
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM F. HULBIG
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney
Of Counsel
Attorneys for the United States

January 18, 2007