# In The United States Court of Federal Claims

No. 06-123 T

(Filed: March 14, 2007)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 13, 2007, defendant filed a motion for a protective order to bar plaintiffs from taking the depositions of three individuals. These depositions have been noticed for March 20-21, 2007. On or before March 19, 2007, at Noon (EDT), plaintiffs shall file their response to this motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge