IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD

The United States moves for a 50-day enlargement of the discovery period, from April 2 May 22, 2007, in which to complete discovery in this case. This is the second request for enlargement of discovery requested, one joint request for an enlargement of sixty days having been previously allowed. Plaintiffs' counsel, after reviewing a draft of this motion, has indicated that plaintiffs will file a response.

As good cause for allowance of the motion for enlargement of the discovery period, the United States represents that substantial progress has been made by the parties in developing this case, but that additional time will be required to complete the discovery process. Since the beginning of this year, the parties have sought production of documents via subpoenas duces tecum served on approximately twenty different people and entities. They have also taken the

depositions of twelve different witnesses and have scheduled depositions of five additional witnesses for later this week.

Despite these efforts, the parties have yet to complete the factual discovery process. For example, the United States, for example, is attempting to schedule depositions of several accountants involved in the transactions at issue.[1] Due to their other commitments during "tax season," those witnesses have requested that their depositions be deferred until May–a request that the United States would like to accommodate. The requested enlargement will allow the United States to complete the factual discovery required to properly prepare this case for trial.

[1] The principal depositions remaining to be taken involve employees of the accounting firms of BDO Seidman and Untracht Associates. BDO Seidman was involved in all phases of the development and execution of the transactions. Untracht prepared the tax returns underlying this litigation. The deposition of Avi Pfeiffer of Sentinel Advisors (which was postponed earlier this month) will also need to be rescheduled. The United States may seek to take additional discovery during this period, but expects that discovery to be limited.

WHEREFORE, the United States requests that the Court allow the requested enlargement of discovery.

Respectfully submitted,

/s Stuart J. Bassin

STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-2507
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM F. HULBIG
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney
Of Counsel

Attorneys for the United States

March 28, 2007