**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EVERGREEN TRADING, LLC, by and through GLENN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,** | ) | |
| **Plaintiffs,** | ) | **No. 06-123 T** |
| **v.** | ) | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | ) | **Electronically Filed – March 30, 2007** |
| **Defendant.** | ) | |

---

**CONDITIONAL CONCURRENCE BY PLAINTIFFS TO DEFENDANT'S MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD**

---

Plaintiffs do not object to Defendant's requested 55-day enlargement of the fact discovery provided that:

(i) Defendant is limited to deposition of the three accounting witnesses to whom Defendant alludes; and

(ii) Similar flexibility is extended to Plaintiffs when and if they need it.

Otherwise, Plaintiffs must object on the following grounds:

(a) Based on concerns about horribly expensive and unnecessary discovery costs, Plaintiffs favored deferring discovery until the Court had spoken in *Jade Trading v. United States*, Dkt. No. 03-2164T. Defendant opposed that proposal.

(b) The approach by the parties to discovery reflects an imbalance.

(c) At great expense to Plaintiffs, Defendant has already taken 15 depositions through this week and his motion imposes no limit on how many more Defendant may seek.

(d) Plaintiffs have advanced few objections to discovery, produced tens of thousands of pages of documents, appeared without objection for their depositions, and even ultimately waived various privileges.

(e) By contrast, Defendant has resisted to varying degrees virtually all discovery requests by Plaintiffs including withholding tens of thousands of pages of documents, quashing three out of five depositions, and refusing to admit the same facts Defendant admitted in *Jade*.

For these reasons, Plaintiffs ask that the enlargement either be reasonably restricted or denied.

Respectfully submitted,

**s/ David D. Aughtry**

David D. Aughtry
Georgia Bar No. 028010
ATTORNEY FOR PLAINTIFFS

Chamberlain, Hrdlicka, White
Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303-1747
Telephone: (404) 659-1410
Facsimile: (404)659-1852
david.aughtry@chamberlainlaw.com

Dated this 30th day of March, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing CONDITIONAL CONCURRENCE BY PLAINTIFFS TO DEFENDANT'S MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorney of record and the Tax Matters Partner:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

**s/ David D. Aughtry**

David D. Aughtry
Georgia Bar No. 028010
ATTORNEY FOR PLAINTIFFS

Chamberlain, Hrdlicka, White
Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303-1747
Telephone: (404) 659-1410
Facsimile: (404)659-1852
david.aughtry@chamberlainlaw.com

248404.1
004596-000001