IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

REPLY FOR THE UNITED STATES IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD

The United States writes solely to address two incorrect statements in plaintiffs' conditional concurrence to the motion for a 50-day enlargement of the discovery period.

1. Plaintiffs state that they have "produced tens of thousands of pages of documents" during discovery. In fact, plaintiffs have produced only about 1100 pages of documents during discovery. See Attached Exhibit A (spreadsheet listing all of the documents produced by plaintiffs in Evergreen).[1]

[1] All of the documents produced by plaintiffs here were identified by plaintiffs with an exhibit number (P-001 through P-227) and a Bates Number beginning with a prefix of "NS****".) The attached spreadsheet summarizes the data and totals the pages produced. It also and shows large gaps in the documents produced; only 1100 pages were produced by plaintiffs, although the NS series of document contains documents bearing Bates Numbers as high as NS013090. A separate discovery dispute involving plaintiffs' refusal to produce the missing documents from the NS series of documents is currently developing.

2. Plaintiffs suggest that there is some sort of improper "imbalance" in the respective quantities of discovery taken by the parties. In fact, any imbalance is a result of the inherent nature of tax litigation. As is frequently the case, the United States did not even learn of the transactions at issue until years after their execution, while plaintiffs and their associates planned and executed the transactions. Thus, it is inevitable that the United States has a far greater need to conduct discovery to develop the facts than does the taxpayer. Regardless, depositions here are largely complete; as we previously indicated, the United States is planning only four additional depositions (although some limited additional discovery may be needed).

WHEREFORE, the United States requests that the Court allow the requested enlargement of discovery.

Respectfully submitted,

/s Stuart J. Bassin

STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-2507
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM F. HULBIG
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney
Of Counsel

Attorneys for the United States

March 31, 2007