**Documents Produced by Plaintiffs in Evergreen**

| Depexh# | Begdoc# | Enddoc# | Pgcount |
|---|---|---|---|
| P-001 | NS013166 | NS013167 | 2 |
| P-002 | NS001068 | NS001088 | 21 |
| P-003 | NS001090 | NS001113 | 24 |
| P-004 | NS001139 | NS001167 | 29 |
| P-005 | NS008557 | NS008588 | 32 |
| P-005 | NS012685 | NS012685 | 1 |
| P-006 | NS012737 | NS012754 | 18 |
| P-007 | NS008448 | NS008449 | 2 |
| P-008 | NS008446 | NS008447 | 2 |
| P-009 | NS008450 | NS008451 | 2 |
| P-010 | NS008393 | NS008394 | 2 |
| P-011 | NS008395 | NS008396 | 2 |
| P-012 | NS008397 | NS008398 | 2 |
| P-013 | NS012553 | NS012564 | 12 |
| P-014 | NS013016 | NS013040 | 25 |
| P-015 | NS013041 | NS013065 | 25 |
| P-016 | NS013066 | NS013090 | 25 |
| P-017 | NS000779 | NS000817 | 39 |
| P-018 | NS000743 | NS000746 | 4 |
| P-019 | NS000748 | NS000749 | 2 |
| P-020 | NS013094 | NS013115 | 22 |
| P-021 | NS013116 | NS013137 | 22 |
| P-022 | NS013138 | NS013160 | 23 |
| P-023 | NS008455 | NS008456 | 2 |
| P-024 | NS008483 | NS008484 | 2 |
| P-025 | NS012952 | NS013002 | 51 |
| P-027 | NS013168 | NS013168 | 1 |
| P-028 | NS013169 | NS013169 | 1 |
| P-029 | NS013170 | NS013170 | 1 |
| P-030 | NS001327 | NS001343 | 17 |
| P-031 | NS001778 | NS001794 | 17 |
| P-032 | NS000877 | NS000893 | 17 |
| P-033 | NS001344 | NS001345 | 2 |
| P-034 | NS001795 | NS001796 | 2 |
| P-035 | NS000894 | NS000895 | 2 |
| P-036 | NS013007 | NS013007 | 1 |
| P-037 | NS013003 | NS013003 | 1 |
| P-038 | NS013006 | NS013006 | 1 |
| P-039 | NS013008 | NS013010 | 3 |
| P-040 | NS013004 | NS013004 | 1 |
| P-041 | NS013005 | NS013005 | 1 |
| P-042 | NS001348 | NS001349 | 2 |
| P-043 | NS001799 | NS001800 | 2 |
| P-044 | NS000898 | NS000899 | 2 |
| P-045 | NS001220 | NS001220 | 1 |
| P-046 | NS001671 | NS001671 | 1 |
| P-047 | NS000766 | NS000766 | 1 |
| P-048 | NS001351 | NS001352 | 2 |
| P-049 | NS001802 | NS001803 | 2 |

| Depexh# | Begdoc# | Enddoc# | Pgcount |
|---|---|---|---|
| P-050 | NS000901 | NS000902 | 2 |
| P-051 | NS007684 | NS007684 | 1 |
| P-052 | NS006259 | NS006259 | 1 |
| P-053 | NS006647 | NS006647 | 1 |
| P-054 | NS007685 | NS007685 | 1 |
| P-055 | NS006260 | NS006260 | 1 |
| P-056 | NS006648 | NS006648 | 1 |
| P-060 | NS001819 | NS001830 | 12 |
| P-061 | NS001831 | NS001840 | 10 |
| P-062 | NS001390 | NS001391 | 2 |
| P-063 | NS001841 | NS001842 | 2 |
| P-064 | NS000940 | NS000941 | 2 |
| P-065 | NS001392 | NS001393 | 2 |
| P-066 | NS001843 | NS001844 | 2 |
| P-067 | NS000942 | NS000943 | 2 |
| P-068, P-200 | NS001350 | NS001350 | 1 |
| P-069, P-201 | NS001801 | NS001801 | 1 |
| P-070, P-202 | NS000900 | NS000900 | 1 |
| P-071 | NS001358 | NS001358 | 1 |
| P-072 | NS001809 | NS001809 | 1 |
| P-073 | NS000908 | NS000908 | 1 |
| P-074 | NS001224 | NS001224 | 1 |
| P-075 | NS008403 | NS008407 | 5 |
| P-076 | NS012800 | NS012800 | 1 |
| P-077 | NS008014 | NS008015 | 2 |
| P-078 | NS008289 | NS008290 | 2 |
| P-079 | NS012808 | NS012808 | 1 |
| P-080 | NS008010 | NS008013 | 4 |
| P-081 | NS007766 | NS007771 | 6 |
| P-082 | NS012819 | NS012819 | 1 |
| P-083 | NS007981 | NS007982 | 2 |
| P-084 | NS008065 | NS008066 | 2 |
| P-085 | NS008378 | NS008379 | 2 |
| P-086 | NS012824 | NS012826 | 3 |
| P-087 | NS008372 | NS008373 | 2 |
| P-088 | NS012829 | NS012829 | 1 |
| P-089 | NS008366 | NS008368 | 3 |
| P-090 | NS008364 | NS008365 | 2 |
| P-091 | NS012834 | NS012834 | 1 |
| P-092 | NS012912 | NS012912 | 1 |
| P-093 | NS012913 | NS012913 | 1 |
| P-094 | NS008345 | NS008349 | 5 |
| P-095 | NS000591 | NS000595 | 5 |
| P-096 | NS001496 | NS001500 | 5 |
| P-097 | NS008342 | NS008343 | 2 |
| P-098 | NS012847 | NS012847 | 1 |
| P-099 | NS004668 | NS004668 | 1 |
| P-100 | NS008339 | NS008341 | 3 |
| P-101 | NS012848 | NS012848 | 1 |
| P-102 | NS000588 | NS000590 | 3 |
| P-103 | NS001041 | NS001043 | 3 |

| Depexh# | Begdoc# | Enddoc# | Pgcount |
|---|---|---|---|
| P-104 | NS001225 | NS001228 | 4 |
| P-105 | NS001493 | NS001495 | 3 |
| P-106 | NS007514 | NS007514 | 1 |
| P-107 | NS000775 | NS000778 | 4 |
| P-108 | NS006090 | NS006090 | 1 |
| P-109 | NS006477 | NS006477 | 1 |
| P-110 | NS008337 | NS008338 | 2 |
| P-111 | NS012852 | NS012852 | 1 |
| P-112 | NS000584 | NS000587 | 4 |
| P-113 | NS001037 | NS001040 | 4 |
| P-114 | NS008334 | NS008336 | 3 |
| P-115 | NS000561 | NS000583 | 23 |
| P-116 | NS001466 | NS001488 | 23 |
| P-117 | NS004019 | NS004019 | 1 |
| P-118 | NS003460 | NS003460 | 1 |
| P-119 | NS000611 | NS000612 | 2 |
| P-120 | NS001065 | NS001066 | 2 |
| P-121 | NS001516 | NS001517 | 2 |
| P-122 | NS006317 | NS006317 | 1 |
| P-123 | NS006705 | NS006705 | 1 |
| P-124 | NS006030 | NS006030 | 1 |
| P-125 | NS006060 | NS006060 | 1 |
| P-126 | NS006075 | NS006075 | 1 |
| P-127 | NS001012 | NS001014 | 3 |
| P-128 | NS001463 | NS001465 | 3 |
| P-129 | NS008315 | NS008321 | 7 |
| P-130 | NS000558 | NS000560 | 3 |
| P-131 | NS000553 | NS000557 | 5 |
| P-132 | NS001007 | NS001011 | 5 |
| P-133 | NS001460 | NS001462 | 3 |
| P-134 | NS008326 | NS008327 | 2 |
| P-135 | NS000549 | NS000552 | 4 |
| P-136 | NS001003 | NS001006 | 4 |
| P-137 | NS001456 | NS001459 | 4 |
| P-138 | NS008322 | NS008323 | 2 |
| P-139 | NS008016 | NS008017 | 2 |
| P-140 | NS008037 | NS008038 | 2 |
| P-141 | NS008313 | NS008314 | 2 |
| P-142 | NS012858 | NS012858 | 1 |
| P-143 | NS012863 | NS012863 | 1 |
| P-144 | NS008310 | NS008312 | 3 |
| P-145 | NS011587 | NS011587 | 1 |
| P-146 | NS005304 | NS005304 | 1 |
| P-147 | NS005506 | NS005506 | 1 |
| P-148 | NS005688 | NS005688 | 1 |
| P-149 | NS005829 | NS005829 | 1 |
| P-150 | NS005446 | NS005446 | 1 |
| P-151 | NS005557 | NS005557 | 1 |
| P-152 | NS005618 | NS005618 | 1 |
| P-153 | NS005971 | NS005971 | 1 |
| P-154 | NS004666 | NS004667 | 2 |

| Depexh# | Begdoc# | Enddoc# | Pgcount |
|---|---|---|---|
| P-155 | NS008400 | NS008402 | 3 |
| P-156, P-156 | NS006457 | NS006459 | 3 |
| P-157, P-157 | NS000755 | NS000755 | 1 |
| P-158 | NS000763 | NS000763 | 1 |
| P-159 | NS000764 | NS000765 | 2 |
| P-160 | NS000635 | NS000659 | 25 |
| P-161 | NS000660 | NS000683 | 24 |
| P-162 | NS000684 | NS000713 | 30 |
| P-163 | NS000714 | NS000742 | 29 |
| P-164 | NS000987 | NS000993 | 7 |
| P-165 | NS012951 | NS012951 | 1 |
| P-166 | NS012952.A | NS012955.A | 4 |
| P-170 | NS018033 | NS018046 | 14 |
| P-171 | NS018047 | NS018060 | 14 |
| P-172 | NS017950 | NS017963 | 14 |
| P-173 | NS017964 | NS017977 | 14 |
| P-174 | NS017992 | NS018004 | 13 |
| P-175 | NS018005 | NS018018 | 14 |
| P-176 | NS001652 | NS001652 | 1 |
| P-177 | NS022826 | NS022841 | 16 |
| P-178 | NS022842 | NS022845 | 4 |
| P-179 | NS022846 | NS022848 | 3 |
| P-180 | NS022849 | NS022851 | 3 |
| P-181 | NS022802 | NS022809 | 8 |
| P-183 | NS022810 | NS022816 | 7 |
| P-184 (1387-1396, 1399-1403) | SEN-EVER01140 | SEN-EVER01403 | 13 |
| P-185 | NS022817 | NS022818 | 2 |
| P-187 | NS022819 | NS022820 | 2 |
| P-190 | NS006462 | NS006462 | 1 |
| P-191 | NS022782 | NS022785 | 4 |
| P-192 | NS022786 | NS022789 | 4 |
| P-193 | NS022790 | NS022793 | 4 |
| P-194 | NS022779 | NS022779 | 1 |
| P-195 | NS022780 | NS022780 | 1 |
| P-196 | NS022781 | NS022781 | 1 |
| P-197 | NS022852 | NS022860 | 9 |
| P-198 | NS022861 | NS022869 | 9 |
| P-199 | NS022870 | NS022878 | 9 |
| P-203 | NS007749 | NS007752 | 4 |
| P-204 | NS007753 | NS007756 | 4 |
| P-205 | NS007757 | NS007760 | 4 |
| P-206 | NUSS000001 | NUSS000001 | 1 |
| P-207 | NUSS000002 | NUSS000002 | 1 |
| P-208 | NUSS000003 | NUSS000003 | 1 |
| P-209 | NUSS000004 | NUSS000004 | 1 |
| P-210 | NUSS000005 | NUSS000005 | 1 |
| P-211 | NUSS000006 | NUSS000006 | 1 |
| P-212 | NUSS000007 | NUSS000007 | 1 |
| P-213 | NUSS000008 | NUSS000008 | 1 |
| P-214 | NUSS000009 | NUSS000009 | 1 |
| P-215 | NUSS000010 | NUSS000010 | 1 |

| Depexh# | Begdoc# | Enddoc# | Pgcount |
|---|---|---|---|
| P-216 | NUSS000011 | NUSS000011 | 1 |
| P-217 | NUSS000012 | NUSS000012 | 1 |
| P-218 | NUSS000013 | NUSS000013 | 1 |
| P-219 | NUSS000014 | NUSS000014 | 1 |
| P-220 | NUSS000015 | NUSS000015 | 1 |
| P-221 | NUSS000016 | NUSS000016 | 1 |
| P-222 | NUSS000017 | NUSS000017 | 1 |
| P-223 | NUSS000018 | NUSS000018 | 1 |
| P-224 | NUSS000019 | NUSS000021 | 3 |
| P-225 | NUSS000022 | NUSS000024 | 3 |
| P-226 | NS017166 | NS017167 | 2 |
| P-227 | NS022879 | NS022880 | 2 |
| | | | |
| **Total Pages** | | | **1103** |
| **Total Pages NS and NUSS** | | | **1090** |