# In The United States Court of Federal Claims

No. 06-123 T

(Filed: April 2, 2007)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 28, 2007, defendant filed a motion for a 50-day enlargement of time to complete discovery. On March 30, 2007, plaintiffs responded that they do not object to enlarging the discovery period provided that defendant is limited to deposing three additional witnesses and that similar flexibility be extended to plaintiffs when they need it. On March 31, 2007, defendant filed a reply to plaintiff's conditional concurrence taking issue with two of plaintiffs' statements.

Defendant's motion for a 50 day enlargement of time to complete discovery is hereby **GRANTED, IN PART, AND DENIED, IN PART**. On or before May 2, 2007, fact discovery for both parties shall be completed in this case. No further enlargements of time for fact discovery shall be granted. The parties are expected to cooperate, in particular, in the scheduling of depositions, which will not be limited in the fashion plaintiffs request. On or before May 16, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge