# EXHIBIT
# A

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS000549 | NS000552 | P-135 |
| NS000553 | NS000557 | P-131 |
| NS000558 | NS000560 | P-130 |
| NS000561 | NS000583 | P-115 |
| NS000584 | NS000587 | P-112 |
| NS000588 | NS000590 | P-102 |
| NS000591 | NS000595 | P-095 |
| NS000611 | NS000612 | P-119 |
| NS000635 | NS000659 | P-160 |
| NS000660 | NS000683 | P-161 |
| NS000684 | NS000713 | P-162 |
| NS000714 | NS000742 | P-163 |
| NS000743 | NS000746 | P-018 |
| NS000748 | NS000749 | P-019 |
| NS000755 | NS000755 | P-157, 125<br>P-157 |
| NS000763 | NS000763 | P-158 |
| NS000764 | NS000765 | P-159 |
| NS000766 | NS000766 | P-047 |
| NS000775 | NS000778 | P-107 |
| NS000779 | NS000817 | P-017 |
| NS000877 | NS000893 | P-032 |
| NS000894 | NS000895 | P-035 |
| NS000898 | NS000899 | P-044 |
| NS000900 | NS000900 | P-070, P-202 |
| NS000901 | NS000902 | P-050 |
| NS000908 | NS000908 | P-073 |
| NS000940 | NS000941 | P-064 |
| NS000942 | NS000943 | P-067 |
| NS000987 | NS000993 | P-164 |

DEFENDANT'S EXHIBIT A

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS001003 | NS001006 | P-136 |
| NS001007 | NS001011 | P-132 |
| NS001012 | NS001014 | P-127 |
| NS001037 | NS001040 | P-113 |
| NS001041 | NS001043 | P-103 |
| NS001065 | NS001066 | P-120 |
| NS001068 | NS001088 | P-002 |
| NS001090 | NS001113 | P-003 |
| NS001139 | NS001167 | P-004 |
| NS001220 | NS001220 | P-045 |
| NS001224 | NS001224 | P-074 |
| NS001225 | NS001228 | P-104 |
| NS001327 | NS001343 | P-030 |
| NS001344 | NS001345 | P-033 |
| NS001348 | NS001349 | P-042 |
| NS001350 | NS001350 | P-068, P-200 |
| NS001351 | NS001352 | P-048 |
| NS001358 | NS001358 | P-071 |
| NS001390 | NS001391 | P-062 |
| NS001392 | NS001393 | P-065 |
| NS001456 | NS001459 | P-137 |
| NS001460 | NS001462 | P-133 |
| NS001463 | NS001465 | P-128 |
| NS001466 | NS001488 | P-116 |
| NS001493 | NS001495 | P-105 |
| NS001496 | NS001500 | P-096 |
| NS001516 | NS001517 | P-121 |
| NS001652 | NS001652 | P-176 |
| NS001671 | NS001671 | P-046 |
| NS001778 | NS001794 | P-031 |

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS001795 | NS001796 | P-034 |
| NS001799 | NS001800 | P-043 |
| NS001801 | NS001801 | P-069, P-201 |
| NS001802 | NS001803 | P-049 |
| NS001809 | NS001809 | P-072 |
| NS001819 | NS001830 | P-060 |
| NS001831 | NS001840 | P-061 |
| NS001841 | NS001842 | P-063 |
| NS001843 | NS001844 | P-066 |
| NS003460 | NS003460 | P-118 |
| NS004019 | NS004019 | P-117 |
| NS004666 | NS004667 | P-154 |
| NS004668 | NS004668 | P-099 |
| NS005304 | NS005304 | P-146 |
| NS005446 | NS005446 | P-150 |
| NS005506 | NS005506 | P-147 |
| NS005557 | NS005557 | P-151 |
| NS005618 | NS005618 | P-152 |
| NS005688 | NS005688 | P-148 |
| NS005829 | NS005829 | P-149 |
| NS005971 | NS005971 | P-153 |
| NS006030 | NS006030 | P-124 |
| NS006060 | NS006060 | P-125 |
| NS006075 | NS006075 | P-126 |
| NS006090 | NS006090 | P-108 |
| NS006259 | NS006259 | P-052 |
| NS006260 | NS006260 | P-055 |
| NS006317 | NS006317 | P-122 |
| NS006457 | NS006459 | P-156, 122<br>P-156 |

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS006462 | NS006462 | P-190 |
| NS006477 | NS006477 | P-109 |
| NS006647 | NS006647 | P-053 |
| NS006648 | NS006648 | P-056 |
| NS006705 | NS006705 | P-123 |
| NS007514 | NS007514 | P-106 |
| NS007684 | NS007684 | P-051 |
| NS007685 | NS007685 | P-054 |
| NS007749 | NS007752 | P-203 |
| NS007753 | NS007756 | P-204 |
| NS007757 | NS007760 | P-205 |
| NS007766 | NS007771 | P-081 |
| NS007981 | NS007982 | P-083 |
| NS008010 | NS008013 | P-080 |
| NS008014 | NS008015 | P-077 |
| NS008016 | NS008017 | P-139 |
| NS008037 | NS008038 | P-140 |
| NS008065 | NS008066 | P-084 |
| NS008289 | NS008290 | P-078 |
| NS008310 | NS008312 | P-144 |
| NS008313 | NS008314 | P-141 |
| NS008315 | NS008321 | P-129 |
| NS008322 | NS008323 | P-138 |
| NS008326 | NS008327 | P-134 |
| NS008334 | NS008336 | P-114 |
| NS008337 | NS008338 | P-110 |
| NS008339 | NS008341 | P-100 |
| NS008342 | NS008343 | P-097 |
| NS008345 | NS008349 | P-094 |
| NS008364 | NS008365 | P-090 |

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS008366 | NS008368 | P-089 |
| NS008372 | NS008373 | P-087 |
| NS008378 | NS008379 | P-085 |
| NS008393 | NS008394 | P-010 |
| NS008395 | NS008396 | P-011 |
| NS008397 | NS008398 | P-012 |
| NS008400 | NS008402 | P-155 |
| NS008403 | NS008407 | P-075 |
| NS008446 | NS008447 | P-008 |
| NS008448 | NS008449 | P-007 |
| NS008450 | NS008451 | P-009 |
| NS008455 | NS008456 | P-023 |
| NS008483 | NS008484 | P-024 |
| NS008557 | NS008588 | P-005 |
| NS011587 | NS011587 | P-145 |
| NS012553 | NS012564 | P-013 |
| NS012685 | NS012685 | P-005 |
| NS012737 | NS012754 | P-006 |
| NS012800 | NS012800 | P-076 |
| NS012808 | NS012808 | P-079 |
| NS012819 | NS012819 | P-082 |
| NS012824 | NS012826 | P-086 |
| NS012829 | NS012829 | P-088 |
| NS012834 | NS012834 | P-091 |
| NS012847 | NS012847 | P-098 |
| NS012848 | NS012848 | P-101 |
| NS012852 | NS012852 | P-111 |
| NS012858 | NS012858 | P-142 |
| NS012863 | NS012863 | P-143 |
| NS012912 | NS012912 | P-092 |

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS012913 | NS012913 | P-093 |
| NS012951 | NS012951 | P-165 |
| NS012952 | NS013002 | P-025 |
| NS012952.A | NS012955.A | P-166 |
| NS013003 | NS013003 | P-037 |
| NS013004 | NS013004 | P-040 |
| NS013005 | NS013005 | P-041 |
| NS013006 | NS013006 | P-038 |
| NS013007 | NS013007 | P-036 |
| NS013008 | NS013010 | P-039 |
| NS013016 | NS013040 | P-014 |
| NS013041 | NS013065 | P-015 |
| NS013066 | NS013090 | P-016 |
| NS013094 | NS013115 | P-020 |
| NS013116 | NS013137 | P-021 |
| NS013138 | NS013160 | P-022 |
| NS013166 | NS013167 | P-001 |
| NS013168 | NS013168 | P-027 |
| NS013169 | NS013169 | P-028 |
| NS013170 | NS013170 | P-029 |
| NS017166 | NS017167 | P-226 |
| NS017950 | NS017963 | P-172 |
| NS017964 | NS017977 | P-173 |
| NS017992 | NS018004 | P-174 |
| NS018005 | NS018018 | P-175 |
| NS018033 | NS018046 | P-170 |
| NS018047 | NS018060 | P-171 |
| NS022779 | NS022779 | P-194 |
| NS022780 | NS022780 | P-195 |
| NS022781 | NS022781 | P-196 |

# Summation Windows Document Summaries

| Begdoc# | Enddoc# | Depexh# |
|---|---|---|
| NS022782 | NS022785 | P-191 |
| NS022786 | NS022789 | P-192 |
| NS022790 | NS022793 | P-193 |
| NS022802 | NS022809 | P-181 |
| NS022810 | NS022816 | P-183 |
| NS022817 | NS022818 | P-185 |
| NS022819 | NS022820 | P-187 |
| NS022826 | NS022841 | P-177 |
| NS022842 | NS022845 | P-178 |
| NS022846 | NS022848 | P-179 |
| NS022849 | NS022851 | P-180 |
| NS022852 | NS022860 | P-197 |
| NS022861 | NS022869 | P-198 |
| NS022870 | NS022878 | P-199 |
| NS022879 | NS022880 | P-227 |

# EXHIBIT
# B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,** | ) | |
| **Plaintiffs,** | ) | **No. 06-123 T** |
| **v.** | ) | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSES TO<br>SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS<br>SERVED BY THE UNITED STATES**

PLAINTIFFS HEREBY RESPOND to Defendant's Second Requests for Production of Documents as follows:

**REQUEST NO. 21**

Please provide all documents reflecting communications between Sentinel Advisors and any of the following: (a) the Plaintiffs, (b) the Additional Participants, or (c) the Beneficial Participants, during the years 1999-present relating to the Straddle.

**RESPONSE TO REQUEST NO. 21**

Plaintiffs object to the description of the compound binary options entered into by Evergreen Trading, LLC ("Evergreen") as a "straddle." Defendant's definition of the binary compound options as a "straddle" is argumentative and misleading. Plaintiffs' response refers to the compound binary options entered into by Evergreen on December 10, 1999. Subject to that objection, the following documents already in Defendant's possession are responsive:



PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
B



- The binary option confirmations, included in Plaintiffs' Exhibit P-25;
- Information contained in or similar to P-177;
- Any other responsive documents would have been produced by Sentinel Advisors and are already in your possession.

No other documents responsive to this request have been located at this time. However, if such documents are found, this Request will be seasonably supplemented.

**REQUEST NO. 22**

Please provide all documents reflecting communications between New Vista and any of the following: (a) the Plaintiffs, (b) the Additional Participants, or (c) the Beneficial Participants, during the years 1999-present relating to the Straddle.

**RESPONSE TO REQUEST NO. 22**

Plaintiffs object to the description of the compound binary options entered into by Evergreen Trading, LLC ("Evergreen") as a "straddle." Defendant's definition of the binary compound options as a "straddle" is argumentative and misleading. Plaintiffs' response refers to the compound binary options entered into by Evergreen on December 10, 1999. Subject to that objection

- See Response to No. 21.

**REQUEST NO. 23**

Please provide all documents reflecting communications between BDO Seidman, LLP and any of the following: (a) the Plaintiffs, (b) the Additional Participants, or (c) the Beneficial Participants, during the years 1999-present relating to the Straddle.

**RESPONSE TO REQUEST NO. 23**

Plaintiffs object to the description of the compound binary options entered into by Evergreen Trading, LLC ("Evergreen") as a "straddle." Defendant's definition of the

- Plaintiffs are not in possession of any certificates of cancellation;
- Unexecuted limited liability company agreements have been previously provided as Exhibits P-190, P-191, and P-192 and are already in your possession (the executed agreements have still not been located);
- Unsigned Consents of Sole Member have been previously provided as Exhibits P-193, P-194, and P-195 (the executed agreements have still not been located).

No other documents responsive to this request have been located at this time. However, if such documents are found, this Request will be seasonably supplemented.

**REQUEST NO. 31**

Please provide all documents bearing the "NS" Bates prefix which have yet to be provided to the United States in the course of this litigation, including (but not limited to) pages NS000001-548, 596-610, 613-634, 750-54, 756-62, 763-66, 767-74, 818-876, 896-97, 903-07, 909-39, 944-86, 994-1002, 1015-36, 1044-64, 1089, 1114-38, 1168-1219, 1221-23, 1229-1326, 1346-47, 1353-57, 1359-89, 1394-1455, 1489-92, 1501-15, 1518-1670, 1672-1777, 1797-1798, 1803-08, 1844-3459, 3461-4018, 4020-4665, 4669-5303, 5305-5445, 5447-5505, 5558-5617, 5619-87, 5689-5828, 5830-5970, 5972-6029, 6031-59, 6061-74, 6076-89, 6091-6258, 6261- 6316, 6318-6456, 6460-76, 6478-6646, 6649-6704, 6706-7513, 7515-7683, 7686-7765, 7772-7980, 7983-8009, 8018-36, 8039-64, 8067-8288, 8291-8309, 8324-25, 8328-8333, 8344, 8350-8363, 8369-71, 8374-77, 8380-92, 8399, 8408-45, 8452-53, 8457-82, 8485-8556, 8589-11586, 11588-12552, 12565-84, 12686-12736, 12755-99, 12801-07, 12809-18, 12820-23, 12827-28, 12830-33, 12835-46, 12849-51, 12853-57, 12859-62, 12864-12911, 12914-50, 12996-13002, 13011-15, 13091-93, and 13161-65.

**RESPONSE TO REQUEST NO. 31**

Plaintiffs object to this request on the basis that it is (i) overbroad (ii) seeks information not relevant to the claim or defense of any party, and (iii) is not reasonably calculated to lead to the discovery of admissible evidence.

- For example, some of the requested information pertains to persons or entities that were not parties to the Transactions.

Plaintiffs further object to this request on the basis that the request is cumulative or duplicative and requests information already produced by Plaintiffs or some other source.

- For example, there have been multiple copies of the same documents bates labeled – often 10 or 12 times. One or more of those copies have been produced.



- The documents received from the IRS in response to FOIA requests are included in the request.

Plaintiffs further object on the grounds that all of the remaining information requested is fact or opinion work product that is protected by RCFC 26(b)(3).

**REQUEST NO. 32**

Please provide all documents requested to be identified in defendant's third interrogatories.

**RESPONSE TO REQUEST NO. 32**

No documents responsive to this request have been located at this time. However, if such documents are found, this Request will be seasonably supplemented.

Respectfully submitted,

David D. Aughtry w/ express permission by Linda S. Paine

DAVID D. AUGHTRY
Georgia Bar No. 028010

Linda S. Paine

LINDA S. PAINE
Texas Bar No. 15414000
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
david.aughtry@chamberlainlaw.com

COUNSEL FOR PLAINTIFFS

# EXHIBIT
# C

**U.S. Department of Justice**

**Tax Division**

*Facsimile No. (202) 307-2504*
*Trial Attorney: Stuart J. Bassin*
*Attorney's Direct Line: (202) 307-6418*
*Attorney's e-mail: Stuart.J.Bassin@usdoj.gov*

*Please reply to: Office of Civil Litigation*
*Post Office Box 403*
*Ben Franklin Station*
*Washington, D.C. 20044*

EJO'C:DG:SJBassin:kjm
154-2430
CMN: 2006102442

March 15, 2007

VIA FACSIMILE TRANSMISSION
David D. Aughtry, Esq.
Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree St., N.E., Ninth Floor
Atlanta, GA 30303
FAX: (404) 659-1852

Dear Mr. Aughtry:

We are writing to address an issue related to plaintiffs' responses to our document requests in hopes that we will not need to file a motion to compel.

As you will recall, our document request number 31 sought production of documents with certain enumerated Bates numbers bearing a "NS" prefix. In your response, plaintiffs refused to produce the requested documents, but instead objected on grounds that the requested documents were either (1) not relevant to the claim or defense of any party within the meaning of RCFC 26(b)(1); (2) documents that plaintiffs or others have previously produced to the United States; or (3) fact or opinion work product protected by RCFC 26(b)(3).

We consider your objections to have no merit. We do not believe that all the withheld documents are, as you claim, irrelevant within the meaning of RCFC 26(b)(1). For instance, you claim in your response that "some of the requested information pertains to persons or entities that were not parties to the Transactions." We reject the contention that information is outside the scope of discovery in this matter merely because it relates to persons or entities that were not parties to the "Transactions" as that term is defined in our production request.

In addition, we are doubtful of your claim that many of the documents requested are duplicates of those previously produced to us by you or by others. At minimum, your response fails to identify which of the requested documents are duplicates of documents already produced to the United States, and further fails to identify the previously-produced documents that these unproduced "NS" series documents are duplicates of.

Furthermore, with respect to the documents response to request number 31 that you have withheld on grounds that they are trial preparation materials within the meaning of RCFC 26(b)(3), your response is inadequate. RCFC 26(b)(5) plainly requires that, when a party withholds documents in response to a discovery request on grounds that they are trial preparation

DEFENDANT'S EXHIBIT C

materials, that party must "describe the nature of the documents . . . not produced . . . in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the applicability of the privilege or protection." Your response clearly fails to satisfy this requirement, as it is nothing more than your conclusory assertion that an unspecified number of the documents requested are "fact or opinion work product that is protected by RCFC 26(b)(3)."

Most fundamentally, your response leaves open the possibility that there are hundreds of documents related to the Nussdorfs or Evergreen that have not been produced. In your response, you state that some of the requested documents withheld on grounds that they are not relevant to the claim or defense of any party do not pertain to the Nussdorfs, Evergreen, or other parties to the Transactions, but you do not represent in your response that *all* documents being withheld on this ground do not pertain to parties to the Transactions. If it is true that there are documents being withheld on this ground related to the Nussdorfs or Evergreen, plaintiffs' relevance objections are plainly inappropriate.

Accordingly, unless you provide us with the withheld documents (or a better explanation of the basis for withholding the documents) by Tuesday, March 20, we plan to seek judicial enforcement of our subpoenas.

If questions arise, you can call me at (202) 307-6418.

Sincerely yours,

STUART J. BASSIN
Senior Litigation Counsel

cc: Adam Hulbig, Trial Attorney
Joseph Syverson, Trial Attorney
Nicholas Pavlov, Paralegal Specialist