**DIN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Evergreen Trading, LLC, by and through GLENN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other Than the Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | **NO. 06-123T** |
| **v.** | § | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

---

**PLAINTIFFS' RESPONSE TO MOTION TO COMPEL**
**(NS SERIES DOCUMENTS)**

---

Plaintiffs respond to Defendant's Motion to Compel as follows:

1. Defendant made an improper request in its Second Request for Production of Documents Served by the United States. Plaintiffs' properly objected to the request as detailed below.

2. Defendant has now filed a Motion to Compel Request 31. Request 31 reads as follows:

***REQUEST NO. 31***

*Please provide all documents bearing the "NS" Bates prefix which have yet to be provided to the United States in the course of this litigation, including (but not limited to) pages NS000001-548, 596-610, 613-634, 750-54, 756-62, 763-66, 767-74, 818-876, 896-97, 903-07, 909-39, 944-86, 994-1002, 1015-36, 1044-64, 1089, 1114-38, 1168-1219, 1221-23, 1229-1326, 1346-47, 1353-57, 1359-89, 1394-1455, 1489-92, 1501-15, 1518-1670, 1672-1777, 1797-1798, 1803-08, 1844-3459, 3461-4018, 4020-4665, 4669-5303, 5305-5445, 5447-5505, 5558-5617, 5619-87, 5689-5828, 5830-5970, 5972-6029, 6031-59, 6061-74, 6076-89, 6091-6258, 6261- 6316,*

*6318-6456, 6460-76, 6478-6646, 6649-6704, 6706-7513, 7515-7683, 7686-7765, 7772-7980, 7983-8009, 8018-36, 8039-64, 8067-8288, 8291-8309, 8324-25, 8328-8333, 8344, 8350-8363, 8369-71, 8374-77, 8380-92, 8399, 8408-45, 8452-53, 8457-82, 8485-8556, 8589-11586, 11588-12552, 12565-84, 12686-12736, 12755-99, 12801-07, 12809-18, 12820-23, 12827-28, 12830-33, 12835-46, 12849-51, 12853-57, 12859-62, 12864-12911, 12914-50, 12996-13002, 13011-15, 13091-93, and 13161-65.*

3. Plaintiffs initially responded as follows:

***RESPONSE TO REQUEST NO. 31***

*Plaintiffs object to this request on the basis that it is (i) overbroad (ii) seeks information not relevant to the claim or defense of any party, and (iii) is not reasonably calculated to lead to the discovery of admissible evidence.*

- *For example, some of the requested information pertains to persons or entities that were not parties to the Transactions.*

*Plaintiffs further object to this request on the basis that the request is cumulative or duplicative and requests information already produced by Plaintiffs and other sources.*

- *For example, there have been multiple copies of the same documents bates labeled – often 10 or 12 times. One or more of those copies have been produced.*
- *The documents received from the IRS in response to FOIA requests are included in the request.*

*Plaintiffs further object on the grounds that all of the remaining information requested is fact or opinion work product that is protected by RCFC 26(b)(3).*

4. Plaintiffs have responded to all requests that relate to an identifiable fact, claim, or defense, including initial and seven supplemental responses to Defendant's two Requests for Production of Documents, three sets of Interrogatories and one Request for Admissions.

5. Plaintiffs objected to Request No. 31 included in Defendant's Second Request for Production of Documents as overbroad and burdensome, as Defendant requested essentially all unproduced documents in Plaintiffs files.

6. Nevertheless, Plaintiffs have responded to that request by serving Defendant on April 27, 2007, with a disc containing the pages referenced in Defendant's Request No. 31, with the exception of those documents over which Plaintiffs are asserting attorney client or work product privilege. For those documents, Plaintiffs provided Defendant a detailed privilege log.

7. Defendant, however, ties his request solely to Counsel's Bates stamping documents and not to any disputed fact, claim, or defense raised by any party. The "NS" Bates prefix is a prefix that the staff for the ***undersigned counsel*** assigned to documents without regard to relevancy, redundancy, work product, privilege, *etc.* The "NS" Bates prefixes are attached post-receipt by the staff for the **undersigned counsel** as a means of internal control in preparation for trial. No document prior to coming into possession of undersigned counsel ever had the "NS" Bates prefix. No party or third party ever affixed such designation on their own documents. **The "NS" Bates prefix is entirely creation of undersigned counsel in preparation for trial.**

8. Defendant's request for all "NS" Bates prefix documents is tantamount to a request to produce all documents in Plaintiffs' counsel file room, without regard to redundancy, relevance, work product, privilege, and the like. Such a request is

clearly overlybroad. *See* Rule 26(b)[1]; *see also Triax Co. v. United States,* 11 Cl.Ct. 130, 133 (1986).

9. The request is also unduly burdensome in the sense that the documents within those bates ranges have invariably been produced to Defendant many times by Plaintiffs, their accountants, their lawyers, pursuant to (i) IRS audits, (ii) discovery between Defendant and Plaintiffs, and (iii) the 35 subpoenas *duces tecum* issued by Defendant, including to Sentinel Advisors, LLC, AIG International, Inc., BDO Seidman, Curtis, Mallet-Prevost, Colt & Mosle, and Safra National Bank.

10. In spite of Plaintiffs complying with Defendant's overbroad and burdensome request to "turn over all documents in Plaintiffs' file room," Plaintiffs continue to assert that such requests are improper and without foundation under R.C.F.C. Rule 26, *et. seq*.

FOR THE FOREGOING REASONS, Defendant's Motion to Compel is moot.

Respectfully submitted,

s/ David D. Aughtry
DAVID D. AUGHTRY
Georgia Bar No. 028010

s/ Linda S. Paine
LINDA S. PAINE
Texas Bar No. 15414000

[1] All Rule references are to the Rules of the United States Court of Federal Claims, unless otherwise indicated.

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

623512.6
004596-000001:4/30/2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing **PLAINTIFFS' RESPONSE TO MOTION TO COMPEL (NS SERIES DOCUMENTS)** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

s/ Linda S. Paine
LINDA S. PAINE