Appendix "A"

**Evergreen Trading, LLC v. United States**
**Court of Federal Claims No. 06-123 T**
**Privilege Log for NS Documents**

| Date | Bates Range | Type of Document | Author of Correspondence | Addressee | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|
| 10/14/05 | NS000001 | Letter | Lawrence H. Cohen | David D. Aughtry Attorney at CHWWM in charge of litigation | Litigation | Attorney-Client; Work Product |
| 08/10/04 | NS001904-NS003458 | Letter with Attachments | Lawrence H. Cohen, p.o.a on audit | Samuel R. Linsky, attorney at CHWWM | Investments | Attorney-Client; Work Product |
| 11/10/04 | NS003459-NS006028 | Letter with Attachments | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 01/28/05 | NS006029-NS006088 | Letter with attachments | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 10/28/04 | NS006089 | Letter | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 05/28/04 | NS006868-NS006992 | Letter with Attachments | Alfred R. Paliani, General Counsel for Nussdorfs' family businesses | David D. Aughtry, | Litigation | Attorney-Client; Work Product |
| 06/22/04 | NS006993-NS007353 | Letter with Attachments | Alfred R. Paliani | David D. Aughtry | Tax Matter | Attorney-Client; Work Product |
| 10/11/05 | NS008020-NS008617 | Letter w. Attachments | Lawrence H. Cohen | David D. Aughtry | Investments | Attorney-Client; Work Product |
| 11/11/99 | NS008618-NS008623 | Fax cover with Attachment | Edwards & Angell law firm | Michael Katz, CFO for Nussdorfs' family | Investments | Attorney-Client; Work Product |

GOVERNMENT EXHIBIT A

PENGAD-Bayonne, N. J.

**Evergreen Trading, LLC v. United States**
**Court of Federal Claims No. 06-123 T**
**Privilege Log for NS Documents**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | businesses and agent of Nussdorfs | | |
| 00/00/00 | NS008624-NS008626 | Note w. Attachment | David D. Aughtry | Nicole Zalenski paralegal at CHWWM | Litigation | Attorney-Client; Work Product |
| 06/29/04 | NS008627-NS008704 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski, | Litigation | Attorney-Client; Work Product |
| 07/22/04 | NS008705-NS008717 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 07/27/04 | NS008718-NS008723 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 07/27/04 | NS008724-NS008729 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 07/28/04 | NS008730-NS008735 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 07/28/04 | NS008736-NS008741 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 07/29/04 | NS008742-NS008746 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 07/29/04 | NS008747-NS008751 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 08/09/04 | NS008752-NS008764 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 08/09/04 | NS008765-NS008777 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; |

**Evergreen Trading, LLC v. United States**
**Court of Federal Claims No. 06-123 T**
**Privilege Log for NS Documents**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Work Product |
| 08/24/04 | NS008778-NS008813 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 08/24/04 | NS008814-NS008930 | E-Mail w. Attachments | Samuel R. Linsky | Nicole Zalenski | Litigation | Attorney-Client; Work Product |
| 10/14/04 | NS008931-NS008966 | Fax w. Attachment | Lawrence H. Cohen | David D. Aughtry; Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 12/24/04 | NS008967-NS008972 | Fax w. Attachment | Lawrence H. Cohen | David D. Aughtry; Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 03/30/05 | NS008973-NS009010 | Fax w. Attachments | Lawrence H. Cohen | David D. Aughtry; Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 03/31/05 | NS009011-NS009018 | Fax w. Attachment | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 04/01/05 | NS009019-NS009023 | Fax w. Attachment | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| 04/01/05 | NS009024-NS009089 | Fax w. Attachments | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work Product |
| Multiple Dates | NS009093-NS009921 | Additional Attachments | Lawrence H. Cohen | David D. Aughtry | Litigation | Attorney-Client; Work Product |
| 12/19/05 | NS009090-NS009092 | Fax | Michael Katz | David D. Aughtry | Litigation | Attorney-Client; Work Product |
| 08/10/04 | NS009922-NS009948 | Letter w. Attachments | Lawrence H. Cohen | Samuel R. Linsky | Litigation | Attorney-Client; Work |

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

November 10, 2004

Mr. T. J. Falk
Internal Revenue Service
2001 Killebrew Drive Suite 250
Bloomington, MN 55425

COPY

Re: Ruth Nussdorf
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

Dear Tim:

I am enclosing herewith the taxpayer's initial response to IDRs 1 and 2. The IDR requests extensive information and voluminous documentation. In the spirit of cooperating with the IRS, we are submitting this initial response to IDR 2, and will submit additional information shortly.

The information and documentation requested in IDR 1 is submitted in response to various questions in IDR 2.

The IDR repeatedly uses various adjectives, such as "Notice 2000-44 Transaction," and "tax shelter" in requesting information. The taxpayers do not believe that they engaged in a tax shelter or in a Notice 2000-44 transaction, and their responses to the IDR should not be considered or interpreted as an agreement that they engaged in such a transaction. Rather, the information is provided in an attempt to respond as promptly and fully as possible to the questions raised by the IRS in the examination of their tax returns.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

GOVERNMENT EXHIBIT B

PLAINTIFF'S EXHIBIT P-118

NS003460

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

November 5, 2004

Mr. T. J. Falk
Internal Revenue Service
2001 Killebrew Drive Suite 250
Bloomington, MN 55425

COPY

Re: Arlene Nussdorf
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

Dear Tim:

I am enclosing herewith the taxpayers' initial response to IDR 2. The IDR requests extensive information and voluminous documentation. In the spirit of cooperating with the IRS, we are submitting this initial response, and will submit additional information shortly.

The IDR repeatedly uses various adjectives, such as "Notice 2000-44 Transaction," and "tax shelter" in requesting information. The taxpayers do not believe that they engaged in a tax shelter or in a Notice 2000-44 transaction, and their responses to the IDR should not be considered or interpreted as an agreement that they engaged in such a transaction. Rather, the information is provided in an attempt to respond as promptly and fully as possible to the questions raised by the IRS in the examination of their tax returns.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
P-117

NS004019

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, NY 10017
(212) 885-8000 Phone
(212) 697-1299 Fax

# FAX COVER SHEET

**Date:** November 8, 2004

**Number of pages:**

**From:** Lawrence H. Cohen

**Direct Dial No:** 212-885-8434

| To: | Company: | Fax Number: |
| --- | --- | --- |
| R. Michael Williamson | IRS | 636-940-6438 |

COMMENTS

On November 5, I submitted the initial response to IDR 1 issued to Stephen and Alicia Nussdorf. After the response was sent, I noticed that the transmittal letter inadvertently had the date October 14, 2004. This fax is to confirm that the response was submitted on November 5.

COPY

PLAINTIFF'S EXHIBIT P-154

BDO Seidman, LLP is a leading tax consulting organization and a national professional services firm providing assurance, tax, financial advisory and consulting services to private and publicly traded businesses. For more than 90 years, we have identified innovative tax strategies and business solutions to help enhance the wealth of our clients.

The information contained in this fax is Private & Confidential and is intended for the individual or entity named in this transmission sheet. If the reader of this message is not the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at the above noted telephone number.

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, NY 10017
(212) 885-8000 Phone
(212) 697-1299 Fax

# FAX COVER SHEET

Date: November 8, 2004 | Number of pages:

From: Lawrence H. Cohen | Direct Dial No: 212-885-8434

| To: | Company: | Fax Number: |
|---|---|---|
| R. Michael Williamson | IRS | 636-940-6438 |

COMMENTS

On November 5, I submitted the initial response to IDR 1 issued to Stephen and Alicia Nussdorf. After the response was sent, I noticed that the transmittal letter inadvertently had the date October 14, 2004. This fax is to confirm that the response was submitted on November 5.

BDO Seidman, LLP is a leading tax consulting organization and a national professional services firm providing assurance, tax, financial advisory and consulting services to private and publicly traded businesses. For more than 90 years, we have identified innovative tax strategies and business solutions to help enhance the wealth of our clients.

The information contained in this fax is Private & Confidential and is intended for the individual or entity named in this transmission sheet. If the reader of this message is not the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at the above noted telephone number.

***** -COMM. JOURNAL- ******************** DATE NOV-08-2004 ***** TIME 08:32 ********

MODE = MEMORY TRANSMISSION START=NOV-08 08:32 END=NOV-08 08:32

FILE NO.=206

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | 8 | 16369406438 | 001/001 | 00:00:20 |

-BDO SEIDMAN-

*********** - ***** - ********************************************

NS004667

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

October 14, 2004

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

COPY

Re: Stephen & Alicia Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayers' initial response to IDR 1. The IDR requests extensive information and voluminous documentation. In the spirit of cooperating with the IRS, we are submitting this initial response, and will submit additional information shortly.

The IDR repeatedly uses various adjectives, such as "Notice 2000-44 Transaction," and "tax shelter" in requesting information. The taxpayers do not believe that they engaged in a tax shelter or in a Notice 2000-44 transaction, and their responses to the IDR should not be considered or interpreted as an agreement that they engaged in such a transaction. Rather, the information is provided in an attempt to respond as promptly and fully as possible to the questions raised by the IRS in the examination of their tax returns.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
tabbies
P-99

NS004668

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 1, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Arlene Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayers' first supplemental response to IDR 2. The IDR requests extensive information and voluminous documentation. We are still looking for other documents that are responsive to your request, and will submit them shortly, along with a response to IDR 3.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
P-146

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 9, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Ruth Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayer's second supplemental response to IDR 2. As I mentioned in my telephone message this morning, we will submit the response to IDR 3 shortly.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S
EXHIBIT
P-150

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 1, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Ruth Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayers' first supplemental response to IDR 2. The IDR requests extensive information and voluminous documentation. We are still looking for other documents that are responsive to your request, and will submit them shortly, along with a response to IDR 3.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
P-147

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 9, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Stephen & Alicia Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayers' second supplemental response to IDR 1. As I mentioned in my telephone message this morning, we will submit the response to IDR 2 shortly.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
tabbies
P-151

NS005557

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 9, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Arlene Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayer's second supplemental response to IDR 2. As I mentioned in my telephone message this morning, we will submit the response to IDR 3 shortly..

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
P-152

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 1, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Stephen & Alicia Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayers' first supplemental response to IDR 1. The IDR requests extensive information and voluminous documentation. We are still looking for other documents that are responsive to your request, and will submit them shortly, along with a response to IDR 2.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
P-148

NS005688

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 1, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Glenn Nussdorf and Claudine Strum
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

Dear Mike:

I am enclosing herewith the taxpayers' first supplemental response to IDR 4. The IDR requests extensive information and voluminous documentation. We are still looking for other documents that are responsive to your request, and will submit them shortly, along with a response to IDR 5.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

April 9, 2005

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Glenn Nussdorf and Claudine Strum
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

Dear Mike:

I am enclosing herewith the taxpayers' second supplemental response to IDR 4. As I mentioned in my telephone message this morning, we will submit the response to IDR 5 shortly.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

Federal Express

PLAINTIFF'S EXHIBIT
P-153

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

December 27, 2004

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Arlene Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayer's response to IDR A1.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

COPY

By Federal Express

PLAINTIFF'S EXHIBIT
P-124

NS006030

BDO

**BDO Seidman, LLP**
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

December 27, 2004

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Stephen & Alicia Nussdorf
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

Dear Mike:

I am enclosing herewith the taxpayers' response to IDR A1.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

COPY

By Federal Express

PLAINTIFF'S EXHIBIT
P-125

NS006060

BDO

BDO Seidman, LLP
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

December 27, 2004

Mr. R. Michael Williamson
Internal Revenue Service
1122 Town & Country Room 230
Chesterfield, Mo. 63017

Re: Glenn Nussdorf and Claudine Strum
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

Dear Mike:

I am enclosing herewith the taxpayers' response to IDR A1.

If you have any questions, please call me at 212-885-8434.

Very truly yours,

Lawrence H. Cohen

COPY

By Federal Express

PLAINTIFF'S EXHIBIT
P-126

NS006075

BDO

**BDO Seidman, LLP**
Accountants and Consultants

330 Madison Avenue
New York, New York 10017
Telephone: (212) 885-8000
Fax: (212) 697-1299

August 3, 2004

RECEIVED
AUG 0 4 REC'D

David Aughtry, Esq.
Chamberlain, Hrdlicka, White, Williams & Martin
One Ninety One Peachtree Tower 9th Floor
191 Peachtree Street, NE
Atlanta, GA 30303-1747

Re: Evergreen Trading, LLC

Dear David:

I am enclosing a copy of materials that have been submitted to the IRS in connection with the audit of Evergreen Trading, LLC (Nussdorfs). I will have additional materials relating to the Nussdorfs copied and sent to you later this week.

Please call me (212-885-8434) if you have any questions.

Very truly yours,

Larry

Lawrence H. Cohen

Enclosure

Federal Express

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
C

NS007745