**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Evergreen Trading, LLC, by and through GLENN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other Than the Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | **NO. 06-123T** |
| **v.** | § | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO COMPEL (NS SERIES DOCUMENTS)**

Evergreen Trading, LLC, by and through Glenn Nussdorf and Claudine Strum on behalf of GN Investments, LLC ("Plaintiffs"), respectfully request this Court grant its Motion for Leave to File Plaintiffs' Response to Defendant's Reply to Plaintiffs' Response to Motion to Compel and in support of Plaintiffs' Motion states as follows:

1. On April 11, 2007, Defendant filed its four page Motion to Compel regarding a single Request for Production of Documents, Request 31, that concerns "NS Series Documents." Defendant's Motion to Compel addressed the issue of privilege in two and half sentences (excluding the verbatim cite to RCFC 26(b)(5)) under a section entitled "Work product privilege."

2. On April 30, 2007, Plaintiffs filed a response to Defendant's Motion to Compel.

3. On May 14, 2007, Defendant filed its Reply for the United States in Support of Its Motion to Compel. While Defendant's Motion to Compel makes no mention of attorney-client

privilege or any alleged waiver of same, Defendant's Reply was not so brief nor so limited in scope. Defendant's Reply spends five pages addressing for the first time the alleged waiver of both **attorney-client privilege** and attorney work product privilege.

4. Defendant is playing a game with the Court. Defendant issued a single, excessively broad request encompassing the entirety of Plaintiffs' counsel's files. Defendant then filed a Motion to Compel half-heartedly arguing that the request was not overbroad. In its Motion to Compel, the only argument justifying that the ridiculous request was not overbroad was, "[s]uffice to say that the request made by the United States does not seek completely unrelated materials." Motion to Compel, p.4, n.4. Defendant then waited for its Reply to reveal the true game it is playing with the discovery rules.[1]

5. Defendant's game is to issue a "give me all your documents" request, allow Plaintiffs to object to the breath of the request, and then make a waiver of privilege argument when Plaintiffs attempt in the spirit of the discovery rules to comply with the request. Plaintiffs' now request an opportunity to address Defendant's discovery 'strategy' and related arguments that were revealed for the first time once Defendant filed its Reply.

6. Plaintiffs' Response to Defendant's Reply to Plaintiffs' Response to Motion to Compel is attached hereto as Exhibit A and incorporated herein.

---

[1] Amazingly, even in its Reply, Defendant again appears to concede that the request was overbroad. Defendant argues that due to the alleged "sharp practice" of Plaintiffs, Defendants were forced to draft an overbroad request. Otherwise, according to Defendant, the only way for the United States to obtain documents was if they were to draft "narrow requests". Reply for the United States in Support of Its Motion to Compel, p. 8.

FOR THE FOREGOING REASONS, Plaintiffs request this Court grant its Motion for Leave to File Plaintiffs' Response to Defendant's Reply to Plaintiffs' Response to Motion to Compel.

Respectfully submitted,

s/ David D. Aughtry
DAVID D. AUGHTRY
Georgia Bar No. 028010

s/ Linda S. Paine
LINDA S. PAINE
Texas Bar No. 15414000

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2007, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO COMPEL (NS SERIES DOCUMENTS)** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

s/ Linda S. Paine
LINDA S. PAINE

252267.6
004596-000001:5/17/2007