# In The United States Court of Federal Claims

No. 06-123 T

(Filed: May 24, 2007)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 12, 2007, defendant filed a motion to compel the production of a set of plaintiff's documents. On April 30, 2007, plaintiff responded to this motion asserting various objections to production including overbreadth, that the information is not reasonably calculated to lead to the discovery of admissible evidence, relevancy, attorney-client privilege, and work product privilege. On May 14, 2007, defendant replied arguing that plaintiff's objections are procedurally defective, that plaintiff has not established that any documents contain protected work product, and that plaintiff's overbreadth claims are specious. This reply includes a portion of plaintiff's privilege log as an exhibit. On May 17, 2007, plaintiff moved for leave to submit a response to defendant's reply. This motion was granted.

To facilitate the resolution of this dispute, on or before June 7, 2007, plaintiff shall file a privilege log describing, more specifically, the nature of the privileges it is claiming. In addition to the categories of information reflected in the excerpt of the log that was attached to defendant's reply, plaintiff shall provide in its revised log the following:

1. The type of each document (e.g., letter, minutes, records) and subject matter of the information contained therein.

2. The author and recipient of each document and their capacities in relation to this case.

3. A more specific statement of the nature of the information contained in the document (e.g., a factual representation made by a client to an attorney, a legal impression or advice noted by an attorney or conveyed to a client, factual information otherwise collected by an attorney, conveyance of information from an attorney or client to a person other than an attorney).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge