**PLAINTIFFS' REVISED PRIVILEGE LOG**

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NS000001 | 10/14/05 | Letter | Lawrence H. Cohen | CPA hired by Counsel for Plaintiffs as part of representation of client | David D. Aughtry, Esquire | Counsel for Plaintiffs | **Representation, including representation relating to persons and entities and years other than those involved in this proceeding ("other taxpayers and other years")** | I.R.C. §7525 Attorney-Client; Work Product privileges. |
| 2 | NS001904-NS003458 | 08/10/04 | Letter with 11 attachments | Lawrence H. Cohen | CPA hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter conveys information from CPA, in his role as hired assistant, to Counsel in preparation for litigation.<br><br>**Includes information relating to other taxpayers and other years.** | I.R.C. §7525 Attorney-Client; Work Product privileges.<br>Beyond scope of RCFC 26(b);<br>Irrelevant;<br>**Pertains to other years;**<br>Includes information for clients other than those involved in this proceeding.<br><br>Transmits documents already in possession of the Internal Revenue Service, and, subject to disclosure rules of IRC 6103(h)(4), is available to Defendant's counsel from his own client. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **2a** | NS001905-NS001906 | 10/17/01 | Facsimile | E. Hananel | CPA for taxpayers | J. Haber | Investment advisor | Other taxpayers and other years | I.R.C. §7525 Work Product privileges.<br>Beyond scope of RCFC 26(b);<br>Irrelevant ;<br>Pertains to **other years**;<br>Includes information for clients other than those involved in this proceeding.<br><br>Documents already in possession of the Internal Revenue Service, and, subject to disclosure rules of IRC 6103(h)(4), available to Defendant's counsel from his own client. |
| **2b** | NS001907 | 9/25/01 | Email | R. Greisman | CPA | D. Field<br>J. Klausner | CPAs | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2c** | NS001908-NS001909 | 9/25/01 | Email with attachment | J. Haber | Investment advisor | M. Katz<br>Cc:<br>J. Klausner | CPA, CFO<br><br>CPA | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2d** | NS001910-NS001912 | 11/26/01 | Memo | J. Haber | Investment advisor | M. Katz<br>Cc:<br>J. Klausner<br>E. Hananel | CPA, CFO<br><br>CPA<br>CPA | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2e** | NS001913-NS001915 | 10/22/01 | Memo | J. Haber | Investment advisor | J. Klausner | CPA | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2f** | NS001916 | 11/1/01 | Email | J. Haber | Investment advisor | M. Katz cc:<br>E. Hananel<br>J. Klausner | CPA, CFO<br>CPA<br>CPA | Other taxpayers and other years | *See* Privilege grounds stated in No. 2, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **2g** | NS001918-NS001930 | 4/9/02 | Ltr. w. facsimile | J. Haber | Investment advisor | Stephen Nussdorf,<br>Arlene Nussdorf,<br>Glenn Nussdorf<br>Ruth Nussdorf<br>Cc:<br>L.Cohen<br>J. Klausner | Client"<br>Client<br>Client<br>Client in other litigation<br>CPA<br>CPA | Other years<br>Other years<br>Other years<br>Other years | *See* Privilege grounds stated in No. 2a, above. |
| **2h** | NS001931-NS002336 | 11/9/01 – 12/31/01 | Documents | Unknown | | N/A | | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2i** | NS002337-NS002744 | 11/9/01 – 12/31/01 | Documents | Unknown | | N/A | | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2j** | NS002745-NS003152 | 11/9/01 – 12/31/01 | Documents | Unknown | | N/A | | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |
| **2k** | NS003153-NS003458 | 11/9/01 – 12/31/01 | Documents | Unknown | | N/A | | Other taxpayers and other years | *See* Privilege grounds stated in No. 2a, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 3 | NS003459 | 11/10/04 | Letter with attachments | Lawrence H. Cohen | CPA hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The attached documents to the CPA's letter relate to individual tax payer information for taxable years beyond the taxable years ended December 31, 1999, and December 31, 2000. | I.R.C. §7525<br>Work Product privileges.<br><br>Beyond scope of RCFC 26(b);<br>Irrelevant ;<br>Pertains to **other years**;<br>Includes information for clients other than those involved in this proceeding.<br><br>Defendant or its client already possess all documents with the exception of the cover letter to the attached documents. The cover letter is privileged.<br><br>The underlying documents themselves are already in possession of the IRS. Therefore, the only information to be gleaned is when and the fact that undersigned counsel received the specific documents. These matters are subject to the work product privilege, are irrelevant and not discoverable.<br><br>Since the attached documents are already in possession of the Internal Revenue Service, subject to the disclosure rules of IRC 6103(h)(4), defense counsel may obtain them from his client. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **3a** | NS004019-NS004665 | | IDR responses | | | | | Arlene Nussdorf's response to IDR 2. | *See* Privilege grounds stated in No. 3, above. |
| **3b** | NS004666-NS005303 | | IDR Responses | | | | | Stephen and Alicia Nussdorf's response to IDR 1. | *See* Privilege grounds stated in No. 3, above. |
| **3c** | NS005304-NS005445 | | IDR Responses | | | | | Arlene Nussdorf's first supplemental response to IDR 2. | *See* Privilege grounds stated in No. 3, above. |
| **3d** | NS005446-NS005617 | | IDR Responses | | | | | Ruth Nussdorf's second supplemental response to IDR 2. | *See* Privilege grounds stated in No. 3, above. |
| **3e** | NS005618-NS005687 | | IDR Responses | | | | | Arlene Nussdorf's second supplemental response to IDR 2. | *See* Privilege grounds stated in No. 3 above. |
| **3f** | NS005688-NS005828 | | IDR Responses | | | | | Stephen and Alicia Nussdorf's first supplemental response to IDR 1. | *See* Privilege grounds stated in No. 3, above. |
| **3g** | NS005829-NS006028 | | IDR Responses | | | | | Glenn Nussdorf' and Claudine Strum's first supplemental response to IDR 4. | *See* Privilege grounds stated in No. 3, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 4 | NS006029-NS006088 | 01/28/05 | Letter with attachments | Lawrence H. Cohen | CPA hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The documents attached to the CPA's letter relate to individual tax payer information for the years ended December 31, 1999, and December 31, 2000 (supplemental response to IDRs). | The cover letter is privileged by reason of I.R.C. §7525 Attorney-Client; Work Product privileges.<br><br>The attachments are subject to the work product privilege.<br><br>The underlying documents are already in possession of the IRS, and therefore, subject to the disclosure rules of IRC 6103(h)(4), Defendant's counsel may obtain them from his client.<br><br>To the extent that Defendant's counsel requested them with specific document requests, they have already been produced.<br><br>Therefore, the only information to be gleaned from this production is when undersigned counsel received the specific documents and the fact that counsel received them. These matters are subject to work product privilege, are irrelevant and not discoverable. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 5 | NS006089 | 10/28/04 | Letter | Lawrence H. Cohen | CPA hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The documents attached to the CPA's letter relate to individual tax payer information for the years ended December 31, 1999, and December 31, 2000 (response to IDRs). | The cover letter is privileged by reason of I.R.C. §7525 Attorney-Client; Work Product privileges.<br><br>The attachments are subject to the work product privilege.<br><br>The underlying documents are already in possession of the IRS, and therefore, subject to the disclosure rules of IRC 6103(h)(4), Defendant's counsel may obtain them from his client.<br><br>To the extent that Defendant's counsel requested them with specific document requests, they have already been produced.<br><br>Therefore, the only information to be gleaned from this production is when undersigned counsel received the specific documents and the fact that counsel received them. These matters are subject to work product privilege, are irrelevant and not discoverable. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **6** | NS006868-NS006992 | 05/28/04 | Letter with 4 attachments | Alfred R. Paliani | Counsel for Nussdorfs' and General Counsel for their family businesses | David D. Aughtry, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by client (through general counsel) to counsel for Plaintiffs.<br><br>The attached documents concern Agreed Orders and correspondence relating to privilege issues in litigation in District Court. | Attorney-Client; Work Product privileges.<br>Beyond the scope of RCFC 26(b); Irrelevant. |
| **6a** | NS006869-NS006899 | 05/13/04 | Letter with attachment | Michael C. Hefter of Dewey Ballentine | | Ruth Nussdorf c/o Alfred Paliani | Client in other litigation | Litigation | *See* Privilege grounds stated in No. 6, above. |
| **6b** | NS006900-NS006930 | 05/13/04 | Letter with attachment | Michael C. Hefter | | Glenn Nussdorf c/o Alfred Paliani | Client | Litigation | *See* Privilege grounds stated in No. 6, above. |
| **6c** | NS006931-NS006961 | 05/13/04 | Letter with attachment | Michael C. Hefter | | Arlene Nussdorf c/o Alfred Paliani | Client | Litigation | *See* Privilege grounds stated in No. 6, above. |
| **6d** | NS006962-NS006992 | 05/13/04 | Letter with attachment | Michael C. Hefter | | Stephen Nussdorf c/o Alfred Paliani | Client | Litigation | *See* Privilege grounds stated in No. 6, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 7 | NS006993-NS007353 | 06/22/04 | Letter with 4 attachments | Alfred R. Paliani | Counsel for Nussdorfs' and General Counsel for their family businesses | David D. Aughtry, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by client (through general counsel) to Counsel for Plaintiffs. | The cover letter is privileged by reason of I.R.C. §7525 Attorney-Client; Work Product privileges.<br><br>The attachments are subject to the work product privilege.<br><br>The underlying documents are already in possession of the IRS, and therefore, subject to the disclosure rules of IRC 6103(h)(4), Defendant's counsel may obtain them from his client.<br><br>To the extent that Defendant's counsel requested them with specific document requests, they have already been produced.<br><br>Therefore, the only information to be gleaned from this production is when undersigned counsel received the specific documents and the fact that counsel received them. These matters are subject to work product privilege, are irrelevant and not discoverable. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **7a** | NS006994-NS007002 | 5/24/04 | Ltr. | Jay Goodman | IRS agent | Ms Nussdorf | client | Announcement 2004-46 | *See* Privilege grounds stated in No. 7, above. |
| **7b** | NS007003-NS007014 | 5/17/04 | Ltr. | Mike Kostelnick | IRS agent | Ms Nussdorf | client | Announcement 2004-46 | *See* Privilege grounds stated in No. 7, above. |
| **7c** | NS007015-NS007017 | 8/25/04 | Cover ltr. | Eric Hananel | CPA hired by Counsel for Plaintiffs as part of representation of client | N.Y. State | | Amended state returns 1999-2002 | *See* Privilege grounds stated in No. 7, above. |
| **7d** | NS007018-NS007353 | | State tax returns | N/A | N/A | N/A | N/A | Amended state returns 1999-2000 for Arlene, Glenn, Stephen Nussdorf | *See* Privilege grounds stated in No. 7, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **8** | NS008020-NS008617 | 10/11/05 | Letter w. multiple attachments | Lawrence H. Cohen | CPA hired by Counsel for Plaintiffs as part of representation of client | David D. Aughtry, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The attached documents consist of documents previously requested and provided to IRS by client along with workpapers. | The cover letter is privileged by reason of I.R.C. §7525 Attorney-Client; Work Product privileges.<br><br>The attachments are subject to the work product privilege.<br><br>The underlying documents are already in possession of the IRS, and therefore, subject to the disclosure rules of IRC 6103(h)(4), Defendant's counsel may obtain them from his client.<br><br>To the extent that Defendant's counsel requested them with specific document requests, they have already been produced.<br><br>Therefore, the only information to be gleaned from this production is when undersigned counsel received the specific documents and the fact that counsel received them. These matters are subject to work product privilege, are irrelevant and not discoverable. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **8a** | NS008036 | No Date | Slip sheet | Author Unknown | Unknown | No Addressee | N/A | IRS Submissions | *See* Privilege grounds stated in No. 8, above. |
| **8b** | NS008309 | No Date | Slip sheet | Author Unknown | Unknown | No Addressee | N/A | IDRs and Other Correspondence | *See* Privilege grounds stated in No. 8, above. |
| **8c** | NS008452-NS008524 | | Misc. work papers, bank statements. etc | N/A | N/A | N/A | N/A | Bank statements, work papers, etc. | *See* Privilege grounds stated in No. 8, above. |
| **8d** | NS008452 | No Date | Slip sheet | Author Unknown | | No Addressee | | Title page | *See* Privilege grounds stated in No. 8, above. |
| **8e** | NS008453 | 12/1999 | Spread sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8f** | NS008454 | Multiple Dates | Spread sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8g** | NS008455-NS008456 | 12/31/99 | Statement | Safra National Bank | | No Addressee | | Statement | *See* Privilege grounds stated in No. 8, above. |
| **8h** | NS008457-NS008458 | 03/02/00 | E-Mail | Jeremy Larit | | Tracey Early | | Calculations | *See* Privilege grounds stated in No. 8, above. |
| **8i** | NS008459 | 00/00/00 (No Date) | Spread sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8j** | NS008460 | No Date | List | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8k** | NS008461 | 01/11/00 | Spread sheet | Author Unknown | | No Addressee | | Tax Schedule | *See* Privilege grounds stated in No. 8, above. |
| **8l** | NS008462 | 01/11/00 | Spread sheet | Author Unknown | | No Addressee | | Loans | *See* Privilege grounds stated in No. 8, above. |
| **8m** | NS008463 | 01/11/00 | Spread sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8n** | NS008464 | 12/1999 | Spread sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8o** | NS008465 | Multiple Dates | Spread sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8p** | NS008466-NS008467 | 12/31/99 | Statement | Safra National Bank | | No Addressee | | Statement | *See* Privilege grounds stated in No. 8, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **8q** | NS008468 | 12/1999 | Statement | AIG | | No Addressee | | Statement | *See* Privilege grounds stated in No. 8, above. |
| **8r** | NS008469 | 12/1999 | Statement | Author Unknown | | No Addressee | | Activity report | *See* Privilege grounds stated in No. 8 above. |
| **8s** | NS008470-NS008471 | 01/11/00 | Spread Sheet | Author Unknown | | No Addressee | | Tax Schedule | *See* Privilege grounds stated in No. 8, above. |
| **8t** | NS008472 | 12/1999 | Statement | Author Unknown | | No Addresses | | Calculations | *See* Privilege grounds stated in No. 8, ,above. |
| **8u** | NS008473 | 01/12/00 | Facsimile | Sheldon Pang | | No Addressee | | Calculations | *See* Privilege grounds stated in No. 8, above. |
| **8v** | NS008474 | Multiple Dates | Spread Sheet | Author Unknown | | No Addressee | | Summary | *See* Privilege grounds stated in No. 8, above. |
| **8w** | NS008475 | 01/11/00 | Spread Sheet | Author Unknown | | No Addressee | | Loans | *See* Privilege grounds stated in No. 8, above. |
| **8x** | NS008476-NS008478 | 12/31/99 | Handwritten Note | Author Unknown | | No Addressee | | Balance | *See* Privilege grounds stated in No. 8, above. |
| **8y** | NS008479 | 09/09/03 | Spread Sheet | Author Unknown | | No Addressee | | Summary | *See* Privilege grounds stated in No. 8, above. |
| **8z** | NS008480 | 01/11/00 | Spread Sheet | Author Unknown | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8aa** | NS008481-NS008482 | 01/02/01 | Spread Sheet | Author Unknown | | No Addressee | | Tax Schedule | *See* Privilege grounds stated in No. 8, above. |
| **8bb** | NS008483 | 12/2000 | Statement | Salomon Smith Barney | | No Addressee | | Accounting | *See* Privilege grounds stated in No. 8, above. |
| **8cc** | NS008484 | 12/30/99 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |
| **8dd** | NS008486-NS008491 | 12/13/99 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **8ee** | NS008492-NS008497 | 12/13/99 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |
| **8ff** | NS008498-NS008503 | 12/13/99 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |
| **8gg** | NS008504-NS008510 | 12/13/99 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |
| **8hh** | NS008511-NS008513 | 12/21/99 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |
| **8ii** | NS008514-NS008515 | 01/18/00 | Confirmation | AIG | | Evergreen Trading, LLC c/o Sentinel Advisors, LLC | | Transaction | *See* Privilege grounds stated in No. 8, above. |
| **8jj** | NS008516 | 12/31/00 | Sheet | Author Unknown | | No Addressee | | Balance Sheet and Notes | *See* Privilege grounds stated in No. 8, above. |
| **8kk** | NS008517 | 01/2000 - 12/2000 | Sheet | Author Unknown | | No Addressee | | Comparisons | *See* Privilege grounds stated in No. 8, above. |
| **8ll** | NS008518 | 12/31/00 | Sheet | Author Unknown | | No Addressee | | Balance sheet and Notes | *See* Privilege grounds stated in No. 8, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **8mm** | NS008519 | 12/2000 | Sheet | Author Unknown | | No Addressee | | Comparisons | *See* Privilege grounds stated in No. 8, above. |
| **8nn** | NS008520 | 12/31/99 | Sheet | Author Unknown | | No Addressee | | Balance sheet and Notes | *See* Privilege grounds stated in No. 8, above. |
| **8oo** | NS008521 | 12/1999 | Sheet | Author Unknown | | No Addressee | | Comparisons | *See* Privilege grounds stated in No. 8, above. |
| **8pp** | NS008522 | 01/31/01 | Letter | Lea Jans | | Sentinel Advisors, LLC | | Redemption | *See* Privilege grounds stated in No. 8, above. |
| **8qq** | NS008523 | 01/31/01 | Letter | Sentinel Advisors, LLC | | Jean-Luc Collot | | Withdrawal | *See* Privilege grounds stated in No. 8, above. |
| **8rr** | NS008524 | 02/01/01 | Letter | Sentinel Advisors, LLC | | Jean-Luc Collot | | Withdrawal | *See* Privilege grounds stated in No. 8, above. |
| **8ss** | NS008525-NS008541 | 12/31/99 | Financial Statement | Untracht & Associates | Independent Auditor | Evergreen Trading LLC | Client | Financial Statement for December 31, 1999 | *See* Privilege grounds stated in No. 8, above. |
| **8tt** | NS008525-NS008541 | 12/31,/00 | Financial Statement | Untracht & Associates | Independent Auditor | Evergreen Trading LLC | Client | Financial Statement for December 31, 2000 | *See* Privilege grounds stated in No. 8, above. |
| **8uu** | NS008557-NS008588 | 3/22/02 | Return | Untracht & Associates | Independent Auditor | IRS | Defendant | 1065 US Partnership Return for Evergreen Trading, LLC for Tax year 1999 | *See* Privilege grounds stated in No. 8, above. |
| **8vv** | NS008589-NS008617 | 3/10/01 | Return | Untracht & Associates | Independent Auditor | IRS | Defendant | 1065 US Partnership Return for Evergreen Trading, LLC for Tax year 2000 | *See* Privilege grounds stated in No. 8, above. |
| **9** | NS008618-NS008623 | 11/11/99 | Facsimile cover with attachment | Edwards & Angell law firm | Counsel for Nussdorfs and their family owned businesses | Michael Katz, | CFO for Nussdorfs' family businesses and agent of Plaintiffs | Legal impression/Advice noted by attorney and conveyed to client | Attorney-Client; Work Product privileges. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **10** | NS008624-NS008626 | 00/00/00 | Note w. attachment | Author unknown | | Michael Katz | | Litigation | Attorney-Client; Work Product privileges. |
| **11** | NS008627-NS008704 | 06/29/04 | E-mail w. attachments | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Nicole Zalenski | Paralegal to Samuel R. Linsky, Esquire Counsel for Plaintiffs | The final e-mail is an internal communication between Counsel and his paralegal. The bottom portion of the e-mail is Counsel requesting information in preparation of litigation. | Attorney-Client; Work Product privileges. The over breadth of Request 31 is further revealed by counsel having to create a privilege log of internal, in-house communications. |
| **11a** | NS008629-NS008704 | 06/10/99 | Attachment | | | | | Copy of pleading in another case | |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **12** | NS008705-NS008709 | 7/22/04 | E-mail | Samuel R. Linsky, Esquire | Counsel for Plaintiff | Nicole Zalenski | Paralegal to Counsel for Plaintiff | Letter from New York State Department of Taxation<br><br>NS008706-NS008707 July 8, 2004 letter from Joseph F. Von Bevern of the New York State Department of Taxation to Glenn Nussdorf and Claudine Strum with cc: to Eric Hananel, CPA and Lawrence Cohen, CPA<br><br>NS008708-NS008709 July 8, 2004 letter from Joseph F. Von Bevern of the New York State Department of Taxation to Arlene Nussdorf with cc: to Eric Hananel, CPA and Lawrence Cohen, CPA. | Attorney-Client;<br>Work Product privileges. |
| **12a** | NS008710-NS008717 | 7/23/04 | Letter with IDR | Timothy J. Falk | Internal Revenue Agent | Arlene Nussdorf | Client | Letter stating that federal tax return for December 31, 2001 has been selected for audit with attached IDR Request #1. | Document already in possession of Internal Revenue Service. |
| **12b** | NS008714-NS008717 | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **13** | NS008718-NS008723 | 7/22/04 | E-mail | Samuel R. Linsky, Esquire | Counsel for Plaintiff | Nicole Zalenski | Paralegal to Counsel for Plaintiff | Email string to include e-mail from Fred Pignataro to Fred Paliani, Michael; Katz, Eric Hananel and Larry Cohen, then e-mail forward from Fred Paliani to Sam Linsky and then from Sam Linsky to Nicole Zalenski<br><br>NS008720-NS008723 is as *Duplicate of NS008710-NS008713* | Attorney-Client; Work Product privileges. |
| **14** | NS008724-NS008729 | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* | *Duplicate of NS008718-NS008723* |
| **15** | NS008730-NS008735 | 7/28/04 | E-mail w. attachments | Samuel R. Linsky, Esquire | Counsel for Plaintiff | Nicole Zalenski | Paralegal to Counsel for Plaintiff | E-mail string to include e-mail from Lawrence Cohen to David Aughtry and Sam Linsky and then from Sam Linsky to Nicole Zalenski<br><br>NS008732-NS008735 is as *Duplicate of NS008710-NS008713* | Attorney-Client; Work Product privileges. |
| **16** | NS008736-NS008741 | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* | *Duplicate of NS008730-NS008735* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **17** | NS008742-NS008746 | 7/29/04 | E-mail | Samuel R. Linsky, Esquire | Counsel for Plaintiff | Nicole Zalenski | Paralegal to Counsel for Plaintiff | E-mail from Sam Linsky to Nicole Zalenski<br><br>NS008743-NS008746 Letter from Timothy J. Falk, Internal Revenue Agent, to Ruth Nussdorf stating that federal tax return for December 31, 2001 and 2002 has been selected for audit with attached IDR Request #1 | Attorney-Client; Work Product privileges. |
| **18** | NS008747-NS008751 | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* | *Duplicate of NS008742-NS008746* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **19** | NS008752-NS008764 | 8/9/04 | E-mail | Samuel R. Linsky, Esquire | Counsel for Plaintiff | Nicole Zalenski | Paralegal to Counsel for Plaintiff | E-mail from Sam Linsky to Nicole Zalenski<br><br>NS008753-NS008764 Letters from Mike Kostelnick, Revenue Agent, to Glenn Nussdorf and Claudine Strum that their federal tax return is being examined, a follow up appointment for a meeting is scheduled for August 17, 2004 and with attached IDR Request #1, #2, & #3. | Attorney-Client; Work Product privileges. |
| **20** | NS008765-NS008777 | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* | *Duplicates of NS008752-NS008764* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **22, 23** | NS008778-NS008848 | 8/24/,04 | E-mail | Samuel R. Linsky, Esquire | Counsel for Plaintiff | Nicole Zalenski | Paralegal to Counsel for Plaintiff | NS008814 e-mail string to include e-mail from Fred Pignataro to Fred Paliani, Michael Katz, Eric Hananel and Larry Cohen, and Sam Linsky then e-mail forward from Sam Linsky to Nicole Zalenski<br><br>The attachments are two IDRs issued to Stephen and Alicia Nussdorf. IDR # 2 is found at NS008779-NS008798 and its duplicate is found at NS008815-008834.<br><br>IDR # 1 is found at NS008799-NS008814 and its duplicate is found at NS008835-8848. | Attorney-Client; Work Product privileges. |
| **23** | *NS008840-NS008850* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* | *Duplicate of NS008710-NS008711* |
| **23.1** | *NS008851-NS008864* | 9/15/04 | IDR | Timothy Falk | IRS Agent | Arlene Nussdorf | Client | IDR # 2- Examination of 2001-12 & 2002-12 Form 1040 Individual Income Tax Returns | Documents already in possession on Defendant. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **23.2** | *NS008865-NS008885* | 9/15/04 | IDR | Timothy Falk | IRS Agent | Arlene Nussdorf | Client | IDR # 3- Examination of 2001-12 & 2002-12 Form 1040 Individual Income Tax Returns | Documents already in possession on Defendant. |
| **23.3** | NS008886-NS008889 | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* |
| **23.4** | NS008890-NS008891 | 9/15/04 | Letter | Timothy J. Falk | Internal Revenue Agent | Arlene Nussdorf | client | Letter stating that federal tax return for December 31, 2001 and 2002 has been selected for audit | Document already in possession of Internal Revenue Service. |
| **23.5** | NS008892-NS008905 | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* | *Duplicate of NS008851-NS008864* |
| **23.6** | NS008906-NS008926 | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* | *Duplicate of NS008865-NS008885* |
| **23.7** | NS008927-NS008930 | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* | *Duplicate of NS008710-NS008713* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **24** | NS008931-NS008966 | 10/14/04 | Facsimile with attachment | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | David D. Aughtry, Esquire & Samuel R. Linsky, Esquire | Counsel for Plaintiffs | NS008931-Cover facsimile with attached IDRs<br><br>NS008932 letter from Mike Kostelnick dated October 6, 2004 to Glenn Nussdorf and Claudine Strum with IDRs #4 & 5<br><br>NS 008933-NS008946 is IDR#4<br><br>NS008947-NS008966 is IDR#5 | Attorney-Client; Work Product privileges. With the exception of privileged cover facsimile, Defendant is in possession of documents. |
| **25** | NS008967-NS008972 | 12/24/04 | Facsimile with attachment | | | David D. Aughtry, Esquire & Samuel R. Linsky, Esquire | Counsel for Plaintiffs | NS008967-Cover facsimile with attached IDR<br><br>NS008968-72 is IDR#A1 issued by R. Michael Williamson to Glenn Nussdorf & Claudine Strum | Attorney-Client; Work Product privileges. With the exception of privileged cover facsimile, Defendant is in possession of documents. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **26** | NS008973-NS009010 | 03/30/05 | Facsimile w. attachments | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | David D. Aughtry, Esquire & Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The attached documents are broken into items 1, 1a, 2, 3, 4, and an IDR.<br><br>. | Attorney-Client; Work Product privileges. |
| **26a** | NS008975-NS008980 | 12/12/03 | Amendment to Operating Agreeement | Unknown | N/A | Michael Katz | CFO for Nussdorfs' family businesses and agent of Plaintiffs | Item 1-Bates label NS008975-8980 is Amendment No. 2 to Operating Agreement of SN Investments 2001 LLC. | *See* Privilege grounds stated in No. 26, above. |
| **26b** | NS008981-NS008983 | 12/12/03 | E-mail with spreadsheet | James Haber | Investment Advisor | Lawrence H. Cohen | Certified Public Accountant. | Item 1a, bates labels NS08981-8983 is an e-mail exchanges between Lawrence H. Cohen, Certified Public Accountant and James Haber of the Diversified Group. The e-mail exchange occurred on December 12, 2003 and includes an attached spreadsheet. | *See* Privilege grounds stated in No. 26, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **26c** | NS00898-NS008985 | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* | *Duplicates of NS001905-NS001906* |
| **26d** | NS008986-NS008995 | October 9, 2001 | Agreement | BDO Seidman, LLP | | Glenn Nussdorf | client | Item 3, bates labeled NS008986 through NS008995, is a Consulting Agreement between BDO Seidman LLP and Glenn Nussdorf. | *See* Privilege grounds stated in No. 26, above. |
| **26e** | NS008996 | *Duplicate of NS001907* | *Duplicate of NS001907* | *Duplicate of NS001907* | *Duplicate of NS001907* | *Duplicate of NS001907* | *Duplicate of NS001907* | *Duplicate of NS001907* | *Duplicate of NS001907* |
| **26f** | NS00899-NS009010 | August 31, 2004 | IDR | R. Michael Williamson | Internal Revenue Agent | Stephen & Alicia Nussdorf | Clients | Item 5, bates labeled NS008997 through NS009010, is an Information Document Request #1 issued by agent R. Michael Williamson upon Stephen & Alicia Nussdorf. Pertaining to taxable years 2001. | Document in possession of Defendant. |
| **27** | NS009011-NS009018 | 03/31/05 | Facsimile w. attachment | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation. | Attorney-Client; Work Product privileges. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **27a** | NS009012-NS009014 | 3/6/02 | Letter | Joseph A. Klausner | BDO Seidman, LLP | Glenn Nussdorf | Client | The attached are documents bates labeled NS009012-NS009014 which is a letter from Joseph A. Klausner of BDO Seidman, LLP to Glenn Nussdorf dated March 6, 2002 regarding "disclosure initiative" and bates labeled NS009015 through NS009018 BDO form letters unaddressed. | *See* Privilege grounds stated in No. 27, above. |
| **28** | NS009019-NS009023 | 04/01/05 | Facsimile w. attachments | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Facsimile is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation. | Attorney-Client; Work Product Privileges. Beyond the scope of RCFC 26(b); contains information that pertains to persons and entities that are irrelevant to the present matter. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **28a** | NS009019 | 3/27/02 | Letter | James Haber | Investment Advisor | Glenn Nussdorf | | The attached documents are bate labeled NS009020 through NS9023. NS9020 is a March 27, 2002 letter from James Haber to Glenn Nussdorf regarding closing binders for transaction with cc's to Ira Akselrad, Esq., Joe Klausner & Larry Cohen. | *See* Privilege grounds stated in No. 28, above. |
| **28b** | NS009019 | 2/22/02 | Letter | James Haber | Investment Advisor | Ruth Nussdorf | Client in other litigation | NS9021 is a February 22, 2002 letter from James Haber to Ruth Nussdorf regarding closing binders for transaction with cc's to Ira Akselrad, Esq., Joe Klausner & Larry Cohen. | *See* Privilege grounds stated in No. 28, above. |
| **28c** | NS009019 | 3/27/02 | Letter | James Haber | Investment Advisor | Arlene Nussdorf | Client | NS9022 is a March 27, 2002 letter from James Haber to Arlene Nussdorf regarding closing binders for transaction with cc's to Ira Akselrad, Esq., Joe Klausner & Larry Cohen. | *See* Privilege grounds stated in No. 28, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **28d** | NS009019 | 4/9/02 | Letter | James Haber | Investment Advisor | Arlene Nussdorf | Client | NS9023 is an April 9, 2002 letter from James Haber to Arlene Nussdorf regarding tax opinion with cc to Larry Cohen. | *See* Privilege grounds stated in No. 28, above. |
| **29** | NS009024-NS009028 | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* | *Duplicate of NS009019-NS009023* |
| **29.1** | NS009029-NS009030 | 4/5/02 | Certificate of Facts | No author | N/A | N/A | N/A | AN Investments LLC Certificate of Facts – unsigned-facts concern 2001 transaction | Beyond the scope of RCFC 26(b).. |
| **29.2** | NS009031 | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* |
| **29.3** | NS009032-NS009033 | April 5, 2002 | Certificate of Facts | No author | N/A | N/A | N/A | SN Investments LLC Certificate of Facts unsigned-facts concern 2001 transaction | Beyond the scope of RCFC 26(b). |
| **29.4** | NS009034 | 3/27/002 | Letter | James Haber | Director, Helios Financial | Stephen Nussdorf c/o Michael Katz | Client | Cover letter for closing binder of transaction | Beyond the scope of RCFC 26(b). |
| **29.5** | NS009035-NS009047 | 4/9/02 | Facsimile with attachments | James Haber | Director, Helios Financial | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | NS009025-Cover Facsimile sheet (with attachments) | Beyond the scope of RCFC 26(b). |
| **29.5(a)** | NS009036 | *Duplicate of NS009034* | *Duplicate of NS009034* | *Duplicate of NS009034* | *Duplicate of NS009034* | *Duplicate of NS009034* | *Duplicate of NS009034* | *Duplicate of NS009034* | *Duplicate of NS009034* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **29.5(b)** | NS009037-NS009038 | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* | *Duplicate of NS009032-33* |
| **29.5(c)** | NS009039 | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* | *Duplicate of NS009023* |
| **29.5(d)** | NS009040-NS009041 | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* | *Duplicate of NS9029-30* |
| **29.5(e)** | NS009042 | 4/9/02 | Letter | James Haber | Investment Advisor | Glenn Nussdorf | Client | NS009042- is an April 9, 2002 letter from James Haber to Glenn Nussdorf regarding tax opinion with cc to Larry Cohen. | *See* Privilege grounds stated in No. 29.5, above. |
| **29.5(f)** | NS009043-NS009044 | 4/502 | Certificate of Facts | No author | N/A | N/A | N/A | NS009043-44 is an April 5, 2002 GN Investments LLC Certificate of Facts-unsigned-facts concern 2001 transaction | *See* Privilege grounds stated in No. 29.5, above. |
| **29.5(g)** | NS009045 | 4/9/02 | Letter | James Haber | Investment Advisor | Ruth Nussdorf | Client in other litigation | NS009045- is an April 9, 2002 letter from James Haber to Ruth Nussdorf regarding tax opinion with cc to Larry Cohen. | *See* Privilege grounds stated in No. 29.5, above. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **29.5(h)** | NS009046-NS009047 | 4/5/02 | Certificate of Facts | No author | N/A | N/A | N/A | NS009046-47 is an April 5, 2002 RN Investments LLC Certificate of Facts unsigned-facts concern 2001 transaction | *See* Privilege grounds stated in No. 29.5, above. |
| **29.6** | NS009048-NS009050 | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* | *Duplicate of NS009042-NS009044* |
| **29.7** | NS009051-NS009052 | 4/2/005 | Invoice | Hasler, Inc. | Mail meter company | Chamberlain, Hrdlicka | Law firm | Bill to reset Chamberlain Hrdlicka mail meter | Irrelevant. |
| **29.8** | NS009053-NS009067 | 9/26/05 | FPAA | Kevin Harris | Technical Services Territory Manager | GN Investments LLC | Client | FPAA | Documents already in possession of Defendant |
| **29.9** | NS009068-NS009089 | 9/26/005 | Notice of Deficiency | Kevin Harris | Technical Services Territory Manager | Arlene Nussdorf | Client | Tax Year Ended Dec 31, 1999 and Dec. 31, 2000 | Documents already in possession of Defendant |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| **30** | NS009093-NS009921 | Multiple Dates | Additional attachments | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | David D. Aughtry, Esquire | Counsel for Plaintiffs | Materials provided by CPA to Counsel. The documents are a package of material that include individual amended state returns for the years 1999-2002 along with related correspondence and U.S. Individual Tax Returns for 1999-2001. All of these documents are in possession of the New York State Department of Taxation and Finance and/or the Internal Revenue Service. | Attorney-Client; Work Product privileges.<br><br>The over breath of Request 31 is again revealed by counsel having to detail its internal system of managing documents. While the documents themselves are in possession of the IRS, when counsel received the documents or how counsel chose to organize the documents are the only thing that could be revealed by production. The IRS is not entitled to learn how, when or why counsel received documents from its client. |
| **31** | NS009090-NS009092 | 12/19/05 | Facsimile | Michael Katz | CFO for Nussdorfs' family businesses and agent of Plaintiffs | David D. Aughtry, Esquire | Counsel for Plaintiffs | Cover sheet facsimile from client with attached documents received from the IRS. | Attorney-Client; Work Product privileges. |
| **32** | NS009922-NS009948 | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* | *Duplicates of NS001904-NS001930* |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 33 | NS009949-NS010057 | 08/10/04 | Letter w. attachments | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The attachments are privileged agreements that include agreements that concern other taxpayers completely unrelated to the present litigation. | Attorney-Client; Work Product privileges. Irrelevant; beyond the scope of RCFC 26(b). The over breath of Request 31 is again revealed by counsel having to detail its internal system of managing documents. The "NS" Bates prefix is a prefix that the staff for the undersigned counsel assigned to documents without regard to relevancy, redundancy, work product, privilege, or, as revealed here, even documents remotely related to the current litigation. |
| 33a | *NS009950-NS009967* | | *Kovel Contract* | | | | | *BDO/CHWWM/Cuillo* | |
| 33b | *NS009968-NS009985* | | *Kovel Contract* | | | | | *BDO/CHWWM/Gunther* | |
| 33c | *NS009986-NS0010003* | | *Kovel Contract* | | | | | *BDO/CHWWMArlene Nussdorf* | |
| 33d | *NS0010004 - NS0010021* | | *Kovel Contract* | | | | | *BDO/CHWWM/Glenn Nussdorf* | |
| 33e | *NS0010022 - NS0010039* | | *Kovel Contract* | | | | | *BDO/CHWWM/Ruth Nussdorf* | |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 33f | *NS0010040 - NS0010057* | | *Kovel Contract* | | | | | *BDO/CHWWM /Stephen Nussdorf* | |
| 34 | NS010058-NS011585 | 08/10/04 | Attachments to letter labeled NS009922 | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | Samuel R. Linsky, Esquire | Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The attached documents to the CPA's letter are transactions documents for transactions that occurred beyond the taxable years ended December 31, 1999, and December 31, 2000. These documents are already in possession of the Internal Revenue Service, and therefore, subject to the disclosure rules of IRC 6103(h)(4), Defendant's counsel may obtain them from his client. | Attorney-Client; Work Product privileges. Beyond the scope of RCFC 26(b); contains information that pertains to persons and entities that are irrelevant to the present matter. |

| Lead Doc. No. | Bates Range | Date | Type of Document | Author | Author's Position | Addressee | Addressee's Position | Subject Matter | Privilege Grounds |
|---|---|---|---|---|---|---|---|---|---|
| 35 | NS011586-NS012496 | 12/29/08 | Letter w. attachments | Lawrence H. Cohen | Certified Public Accountant hired by Counsel for Plaintiffs as part of representation of client | Nicole Zalenski | Paralegal to Counsel for Plaintiffs | Letter is a conveyance of information by CPA in his role as hired assistant to Counsel in preparation for litigation.<br><br>The attached documents, related to an audit beyond the tax years in question in the present matter, are already in possession of the Internal Revenue Service, and therefore, subject to the disclosure rules of IRC 6103(h)(4), Defendant's counsel may obtain them from his client. | Attorney-Client; Work Product privileges.<br><br>The over breath of Request 31 is again revealed by counsel having to detail its internal system of managing documents. While the documents themselves are in possession of the IRS, when counsel received the documents or how counsel chose to organize the documents are the only thing that could be revealed by production. The IRS is not entitled to learn how, when or why counsel received documents from its client. |

253855.1
004596-000001:6/7/2007