IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND
CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC,
Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE ATTACHED
RESPONSE TO PLAINTIFFS' FILING OF REVISED PRIVILEGE LOG
(NS Series Documents)

The United States has reviewed plaintiffs' revised privilege log, filed on June 7, 2007. That privilege log discloses new information about the withheld documents and the applicability of work product protection to those documents. The United States seeks leave to file the attached response showing why this newly-disclosed information establishes that work product protection is not available for the vast majority of the withheld documents and providing a summary showing the application of these points to the individual withheld documents. This information should assist the Court in efficiently disposing of the pending discovery dispute.

WHEREFORE, the United States requests the Court to allow leave for filing of the attached response to plaintiffs' revised privilege log.

Respectfully submitted,

/s Stuart J. Bassin

STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-2507
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM F. HULBIG
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney
Of Counsel

June 14, 2007