IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

RESPONSE TO PLAINTIFFS' FILING OF REVISED PRIVILEGE LOG (NS Series Documents)

The United States writes briefly to elaborate upon three points raised by the information contained in plaintiffs' revised privilege log. Application of these three points to the specific documents subject to plaintiffs' original privilege claim is shown by Exhibit A, which individually lists the documents by plaintiffs' designated "Lead Doc. No." or Bates ranges. Exhibit A shows how each of these points establishes that plaintiffs have not demonstrated the applicability of the work product protection to each of the documents. Ultimately, Exhibit A demonstrates that work product protection may apply to fewer than 300 of the more than 11,000 previously withheld pages from the NS series. Those documents are listed on the attached



2524281.1

Exhibit B.[1]

1. No privilege claim. Review of the revised privilege log, and the documents previously produced during discovery, demonstrates that many responsive documents have been withheld without any privilege claim or any description of their contents. (*E.g.*, Pages NS01810-1818, NS03460-04018.)[2]

2. Inadequate privilege claim. Plaintiffs have again described more than 2500 pages of withheld documents (pages NS006029-006088, 009093-009921, 010058-012496) as unspecified "attachments," Documents 4, 30, 34 and 35, notwithstanding the requirements set out by the Court in its order of May 24, 2007. *See also* Pages NS001917, 008020-008035, 008037-008308, 008310-008451, 008485, 008542-008556 (described as "attachments" without any more specific description of subject matter).

3. Unavailability of Work Product Protection. The privilege log also demonstrates that the vast majority of the disputed documents were not created "in anticipation of litigation" or were previously produced to or by state or federal tax authorities. First, plaintiffs have not established that many of the documents were prepared in anticipation of litigation–an essential point for the applicability of work product protection. The earliest date at which plaintiffs argue (at para. 12 and n.1) that litigation was anticipated was the beginning of the Evergreen audit in

---

[1] This list also excludes documents identified by plaintiffs as duplicates of other documents from the NS Series of documents.

[2] Plaintiffs' discovery responses include documents with Bates numbers as high as NS22825, although plaintiffs have provided no description of any document with a Bate number greater than NS12496. As our original discovery request sought production of "all documents bearing the 'NS' Bates prefix . . . including (but not limited to) . . . [specified pages]," plaintiffs should be required to produce all documents in their possession bearing Bates numbers greater than NS12496 that have not been previously produced.

December 2002, yet most of the documents identified in the privilege log bear earlier dates. *See e.g.*, Documents 2a-2k and 8g-8vv. Second, many of the other purportedly protected documents were created by governmental authorities (*e.g.*, Documents 23.1, 23.4, and 26f) or were provided by plaintiffs to governmental authorities (*e.g.*, Documents 30-31). As disclosure of otherwise protected work product to a governmental body waives the protection, see generally *In re Quest Communications International, Inc.*, 450 F.3d 1179, 1186-92 (10th Cir. 2006), plaintiffs cannot establish that work product protection applies to these documents.[3]

[3] While plaintiffs' papers reargue their relevance objection, the United States is generally content to rely upon its prior briefs on the relevance issues. We note, however, the fallacy of the revised privilege log's attempt to buttress plaintiffs' relevance objections by describing many of the withheld documents as relating to "other taxpayers and other years." *E.g.*, Documents 2b-2g and 28a-28d. In fact, the log demonstrates that those documents relate to a foreign exchange-related tax shelter transaction executed by the Nussdorf family with the assistance of James Haber in the year following the years in suit (a transaction described during depositions in this case). The fact that the Nussdorfs executed another tax shelter transaction comparable to the Evergreen transaction soon after they exited Evergreen with large economic losses and larger claimed tax benefits speaks volumes regarding their intent and purpose–they executed these transactions because they were looking for tax benefits, not economic profits. The Evergreen transaction had produced the results they sought–*i.e.*, huge tax benefits that far outweighed their economic losses. Plaintiffs' characterization of these documents as irrelevant, therefore, is simply contrary to the facts.

## CONCLUSION

The United States urges the Court to (a) require plaintiffs to provide the United States with all of the NS Series documents not identified in Exhibit B, and (b) require plaintiffs to submit the documents identified in Exhibit B for *in camera* inspection.

Respectfully submitted,

/s Stuart J. Bassin
STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-2507
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM F. HULBIG
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney
Of Counsel

June 14, 2007

| BATES range | Plaintiff "Lead Doc. No." | Created before Dec. 13, 2002 | Previously Disclosed | Duplicate |
|---|---|---|---|---|
| NS000001 | 1 | | | |
| NS001810 - NS001818 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS001904 - NS003458 | 2 | | | |
| NS001905 - NS001906 | 2a | X | X | |
| NS001907 | 2b | X | X | |
| NS001908 - NS001909 | 2c | X | X | |
| NS001910 - NS001912 | 2d | X | X | |
| NS001913 - NS001915 | 2e | X | X | |
| NS001916 | 2f | X | X | |
| NS001918 - NS001930 | 2g | X | X | |
| NS001931 - NS002336 | 2h | X | X | |
| NS002337 - NS002744 | 2i | X | X | |
| NS002745 - NS003152 | 2j | X | X | |
| NS003153 - NS003458 | 2k | X | X | |
| NS003459 | 3 | | | |
| NS003460 - NS004018 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS004019 - NS004665 | 3a | ? (No date) | X | |
| NS004666 - NS005303 | 3b | ? (No date) | X | |
| NS005304 - NS005445 | 3c | ? (No date) | X | |
| NS005446 - NS005617 | 3d | ? (No date) | X | |
| NS005618 - NS005687 | 3e | ? (No date) | X | |
| NS005688 - NS005828 | 3f | ? (No date) | X | |
| NS005829 - NS006028 | 3g | ? (No date) | X | |
| NS006029 - NS006088 | 4 | ? (No dates for attachments) | X (attachments) | |
| NS006089 | 5 | | | |
| NS006868 - NS006992 | 6 | | | |
| NS006869 - NS006899 | 6a | | | |
| NS006900 - NS006930 | 6b | | | |
| NS006931 - NS006961 | 6c | | | |
| NS006962 - NS006992 | 6d | | | |
| NS006993 - NS007353 | 7 | | | |
| NS006994 - NS007002 | 7a | | X | |
| NS007003 - NS007014 | 7b | | X | |
| NS007015 - NS007017 | 7c | | X | |
| NS007018 - NS007353 | 7d | ? (No date) | X | |
| NS008020 - NS008617 | 8 | | | |
| NS008036 | 8a | ? (No date) | X | |
| NS008309 | 8b | ? (No date) | X | |
| NS008452 - NS008524 | 8c | ? (No date) | X | |
| NS008452 | 8d | ? (No date) | X | |

tabbies EXHIBIT A

| BATES range | Plaintiff "Lead Doc. No." | Created before Dec. 13, 2002 | Previously Disclosed | Duplicate |
|---|---|---|---|---|
| NS008453 | 8e | X | X | |
| NS008454 | 8f | ? ("Multiple Dates") | X | |
| NS008455 - NS008456 | 8g | X | X | |
| NS008457 - NS008458 | 8h | X | X | |
| NS008459 | 8i | ? (No date) | X | |
| NS008460 | 8j | X | X | |
| NS008461 | 8k | X | X | |
| NS008462 | 8l | X | X | |
| NS008463 | 8m | X | X | |
| NS008464 | 8n | X | X | |
| NS008465 | 8o | ? ("Multiple Dates") | X | |
| NS008466 - NS008467 | 8p | X | X | |
| NS008468 | 8q | X | X | |
| NS008469 | 8r | X | X | |
| NS008470 - NS008471 | 8s | X | X | |
| NS008472 | 8t | X | X | |
| NS008473 | 8u | X | X | |
| NS008474 | 8v | ? ("Multiple Dates") | X | |
| NS008475 | 8w | X | X | |
| NS008476 - NS008478 | 8x | X | X | |
| NS008479 | 8y | X | X | |
| NS008480 | 8z | X | X | |
| NS008481 - NS008482 | 8aa | X | X | |
| NS008483 | 8bb | X | X | |
| NS008484 | 8cc | X | X | |
| NS008486 - NS008491 | 8dd | X | X | |
| NS008492 - NS008497 | 8ee | X | X | |
| NS008498 - NS008503 | 8ff | X | X | |
| NS008504 - NS008510 | 8gg | X | X | |
| NS008511 - NS008513 | 8hh | X | X | |
| NS008514 - NS008515 | 8ii | X | X | |
| NS008516 | 8jj | X | X | |
| NS008517 | 8kk | X | X | |
| NS008518 | 8ll | X | X | |
| NS008519 | 8mm | X | X | |
| NS008520 | 8nn | X | X | |
| NS008521 | 8oo | X | X | |
| NS008522 | 8pp | X | X | |
| NS008523 | 8qq | X | X | |
| NS008524 | 8rr | X | X | |

| BATES range | Plaintiff "Lead Doc. No." | Created before Dec. 13, 2002 | Previously Disclosed | Duplicate |
|---|---|---|---|---|
| NS008525 - NS008541 | 8ss | X | X | |
| NS008525 - NS008541 | 8tt | X | X | |
| NS008557 - NS008588 | 8uu | X | X | |
| NS008589 - NS008617 | 8vv | X | X | |
| NS008618 - NS008623 | 9 | X | | |
| NS008624 - NS008626 | 10 | ? (No Date) | | |
| NS008627 - NS008704 | 11 | | | |
| NS008629 - NS008704 | 11a | X | | |
| NS008705 - NS008709 | 12 | | | |
| NS008710 - NS008717 | 12a | | X | |
| NS008714 - NS008717 | 12b | | | X |
| NS008718 - NS008723 | 13 | | | |
| NS008724 - NS008729 | 14 | | | X |
| NS008730 - NS008735 | 15 | | | |
| NS008736 - NS008741 | 16 | | | X |
| NS008742 - NS008746 | 17 | | | |
| NS008747 - NS008751 | 18 | | | X |
| NS008752 - NS008764 | 19 | | | |
| NS008765 - NS008777 | 20 | | | X |
| NS008778 - NS008848 | 22 | | | |
| NS008840 - NS008850 | 23 | | | X |
| NS008851 - NS008864 | 23.1 | | | |
| NS008865 - NS008885 | 23.2 | | | |
| NS008886 - NS008889 | 23.3 | | | X |
| NS008890 - NS008891 | 23.4 | | | |
| NS008892 - NS008905 | 23.5 | | | X |
| NS008906 - NS008926 | 23.6 | | | X |
| NS008927 - NS008930 | 23.7 | | | X |
| NS008931 - NS008966 | 24 | | | |
| NS008967 - NS008972 | 25 | | | |
| NS008973 - NS009010 | 26 | | | |
| NS008975 - NS008980 | 26a | | | |
| NS008981 - NS008983 | 26b | | | |
| NS00898[?] - NS008985 | 26c | | | X |
| NS008986 - NS008995 | 26d | X | | |
| NS008996 | 26e | | | X |
| NS00899[?] - NS009010 | 26f | | | |
| NS009011 - NS009018 | 27 | | | |
| NS009012 - NS009014 | 27a | X | | |
| NS009019 - NS009023 | 28 | | | |

| BATES range | Plaintiff "Lead Doc. No." | Created before Dec. 13, 2002 | Previously Disclosed | Duplicate |
|---|---|---|---|---|
| NS009020* | 28a | X | | |
| NS009021* | 28b | X | | |
| NS009022* | 28c | X | | |
| NS009023* | 28d | X | | |
| NS009024 - NS009028 | 29 | | | X |
| NS009029 - NS009030 | 29.1 | X | | |
| NS009031 | 29.2 | | | X |
| NS009032 - NS009033 | 29.3 | X | | |
| NS009034 | 29.4 | X | | |
| NS009035 - NS009047 | 29.5 | X | | |
| NS009036 | 29.5(a) | | | X |
| NS009037 - NS009038 | 29.5(b) | | | X |
| NS009039 | 29.5(c) | | | X |
| NS009040 - NS009041 | 29.5(d) | | | X |
| NS009042 | 29.5(e) | X | | |
| NS009043 - NS009044 | 29.5(f) | X | | |
| NS009045 | 29.5(g) | X | | |
| NS009046 - NS009047 | 29.5(h) | X | | |
| NS009048 - NS009050 | 29.6 | | | X |
| NS009051 - NS009052 | 29.7 | | | |
| NS009053 - NS009067 | 29.8 | | | |
| NS009068 - NS009089 | 29.9 | | | |
| NS009093 - NS009921 | 30 | ? ("Multiple Dates") | | X |
| NS009090 - NS009092 | 31 | | | |
| NS009922 - NS009948 | 32 | | | X |
| NS009949 - NS010057 | 33 | | | |
| NS009950 - NS009967 | 33a | ?(No date) | ? | |
| NS009968 - NS009985 | 33b | ?(No date) | ? | |
| NS009986 - NS010003 | 33c | ?(No date) | ? | |
| NS010004 - NS010021 | 33d | ?(No date) | ? | |
| NS010022 - NS010039 | 33e | ?(No date) | ? | |
| NS010040 - NS010057 | 33f | ?(No date) | ? | |
| NS010058 - NS011585 | 34 | | | |
| NS011586 - NS012496 | 35 | | | |
| NS012585 - NS012685 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS012964 - NS012966 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS012987 - NS012988 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS017978 - NS017991 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS018019 - NS018032 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS018061 - NS022778 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |

| BATES range | Plaintiff "Lead Doc. No." | Created before Dec. 13, 2002 | Previously Disclosed | Duplicate |
|---|---|---|---|---|
| NS022794 - NS022801 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |
| NS022821 - NS022825 | NOT IN LOG | NOT IN LOG | NOT IN LOG | NOT IN LOG |

* For these entries, the Bates number in the "Bates Range" column in plaintiffs' log does not match the Bates number listed in the "Subject Matter" column for the corresponding row. Defendant has assumed that the Bates number in the "Subject Matter" column is the correct number.

EXHIBIT B TO RESPONSE FOR THE UNITED STATES TO
PLAINTIFFS' FILING OF REVISED PRIVILEGE LOG

The facts presented by plaintiffs' revised privilege log do not necessarily establish that work product protection is not available for the following documents:

NS000001
NS001904
NS003459
NS006089
NS006868 - NS006993
NS008020*
NS008624 - NS008626
NS008627 - NS008628
NS008705 - NS008709
NS008718 - NS008723
NS008730 - NS008735
NS008742 - NS008746
NS008752 - NS008764
NS008778 - NS008848
NS008931
NS008967
NS008973 - NS008983
NS009011
NS009019
NS009051 - NS009052
NS009949 - NS010057
NS100581*
NS115861*

Further information is required to evaluate the availability of work product protection for these documents.

* Plaintiffs' privilege log indicates letters/facsimiles with attachments at Bates ranges NS008020 - NS008617, NS010058 - NS011585, and NS011586 - NS012496, but does not specify the Bates range of the letters, which are dated after December 13, 2002. Defendant has no way of knowing from this log the length of the letters that might be covered by work product privilege.

EXHIBIT
tabbies
B