# In The United States Court of Federal Claims

No. 06-123 T

(Filed: June 28, 2007)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 7, 2007, pursuant to this court's order, plaintiffs filed their revised privilege log. In the court's view, this revised log still does not contain adequate information to allow the court to ascertain whether the various objections to production raised by plaintiffs are *bona fide*. As such, the court believes that it is necessary for it to review the actual documents that are the subject of these objections. Toward that end --

1. On or before August 3, 2007, plaintiffs shall submit to the court for *en camera* review a single copy of each of the documents listed in its revised privilege log. Said documents may be submitted either in hard copy or in electronic form via a CD-Rom and shall be organized so as to allow them to be read in conjunction with the privilege log.

2. Thereafter, the court will, if necessary, schedule an argument regarding the pending motion to compel.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge