**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Evergreen Trading, LLC, by and through GLENN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other Than the Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-123T** |
| v. | § | |
| | § | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' FILING OF REVISED PRIVILEGE LOG (NS SERIES DOCUMENTS)**

On June 14, 2007, Plaintiffs received a notice of electronic filing of Defendant's Motion for Leave to File Attached Response. In that notice of electronic filing, Plaintiffs were notified that a response was due by July 2, 2007. However, by Order dated June 28, 2007, Plaintiffs were required to submit to the Court on or before August 3, 2007, for *en camera* review a single copy of each of the documents listed in its privilege log. The June 28 Order largely moots the need for a response, and any additional comments about the context of the discovery dispute will be submitted with the documents on August 3, 2007.

Respectfully submitted,

s/ David D. Aughtry
DAVID D. AUGHTRY
Georgia Bar No. 028010

s/ Linda S. Paine
LINDA S. PAINE
Texas Bar No. 15414000

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2007, I electronically filed the foregoing **PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' FILING OF REVISED PRIVILEGE LOG (NS SERIES DOCUMENTS)** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

s/ Linda S. Paine
LINDA S. PAINE

0633165.01
004596-000001:7/2/2007