# In The United States Court of Federal Claims

No. 06-123 T

(Filed: October 30, 2007)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 7, 2007, pursuant to this court's order, plaintiffs filed their revised privilege log. On August 3, 2007, plaintiffs submitted to the court for *en camera* review a single copy of each of the NS series documents listed in its revised privilege log. The court hereby orders that on or before **November 16, 2007**, plaintiffs shall submit documentary evidence substantiating their claim that the accountant(s) named in the privilege log were "hired assistant[s] to Counsel in preparation for litigation."

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge