**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Evergreen Trading, LLC, by and through GLENN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other Than the Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-123T** |
| **v.** | § | |
| | § | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

---

**PLAINTIFFS' MOTION FOR RECONSIDERATION AND CLARIFICATION OF DISCOVERY ORDER**

---

On December 21, 2007, the Court issued an Order resolving a discovery dispute generated by Defendant's blanket request for production of documents in files of Plaintiffs' counsel pertaining to the Nussdorfs. The Court ordered Plaintiffs to produce certain documents and relieved them from production of other documents based on various grounds. The Order provisionally required Plaintiffs to produce two documents, unless by January 11, Plaintiffs made their intentions known with respect to their "reliance upon counsel defense."

Plaintiffs seek reconsideration or clarification with respect to those two documents, which were referenced in paragraph 2 of the conclusion to the Order and seek reconsideration as to two documents which were referenced in paragraph 1. Upon request, Plaintiffs will provide the Court with a confidential copy of each of those documents. Plaintiffs have produced the remainder of the documents to Defendant as indicated in paragraph 1 of the conclusion of the Court's Order.

1. As indicated in paragraph 2 of the Order, lead document No. 9 need not be produced if Plaintiff disavows "any intention to present any form of a reliance upon counsel defense in this case...." Plaintiffs do not and did not rely upon the firm involved in that particular communication in this proceeding. Further, this Court has held that a partner's reliance upon counsel can only be addressed in a partner level proceeding and not in a partnership proceeding such as this. *See Jade Trading, LLC, et al. v. United States*, --Fed. Cl.--, 2007 WL 4553043 (December 21, 2007 slip op. at p. 48). Thus, Plaintiffs wish to confirm that by withholding document No. 9 they are disavowing their reliance upon the counsel involved in the communication in lead document No. 9.

2. Lead document No. 29.5(g) involves a communication of a person who is not a direct or indirect partner of Evergreen Trading, LLC and who is not in any way involved in this case. Plaintiffs request clarification that by withholding document No. 29.5(g), which communication has nothing to do with this case, that the reliance upon counsel defense in this proceeding will not be limited. Otherwise, the Court would create a conflict among clients and a conflict of interest for counsel. It would be improper for Counsel to request that a client not involved in this proceeding give up an otherwise privileged document in order to protect the reliance defense of Plaintiffs.

3. Lead documents 33(a) and 33(b) are communications involving other clients who are in no way related to the Nussdorfs. These documents were inadvertently filed with the Nussdorfs' papers as a result of clerical error and Plaintiffs request that the Court reconsider its Order requiring production of those documents. Under this Court's rules, these documents are not within the scope of discovery, and should not be produced. RCFC Rule 26 (b) ("Parties may obtain discovery regarding any matter, not privileged, that is **relevant** to the

claim or defense of any **party**."). (Emphasis added). Counsel for Plaintiffs lack authority to produce those misfiled documents relating to other clients.

FOR THE FOREGOING REASONS, Plaintiffs request that this Motion be granted.

Respectfully submitted,

s/ Linda S. Paine
LINDA S. PAINE
Texas Bar No. 15414000
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR RECONSIDERATION AND CLARIFICATION OF DISCOVERY ORDER** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

s/Linda S. Paine
LINDA S. PAINE

661622.8
004596-000001:1/11/2008