**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Evergreen Trading, LLC, by and through GLENN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other Than the Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-123T** |
| **v.** | § | |
| | § | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

---

**NOTICE OF COMPLIANCE WITH ORDER DATED JANUARY 14, 2008**

---

As required by the Court's Order dated January 14, 2008, Plaintiffs hereby certify that all documents enumerated in paragraphs 1 and 2 of the Conclusion of the Court's Order December 21, 2007, have been produced to Defendant.

Respectfully submitted,

s/David D. Aughtry
DAVID D. AUGHTRY
Georgia Bar No. 028010
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
191 Peachtree Street, N.E., Ninth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I electronically filed the foregoing **NOTICE OF COMPLIANCE WITH ORDER DATED JANUARY 14, 2008** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Sentinel Advisors, LLC
Tax Matters Partner
Evergreen Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

s/David D. Aughtry
DAVID D. AUGHTRY

271219.5
004596-000001:1/16/2008