IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order of December 21, 2007, the parties file this joint status report setting forth their views on future proceedings in this case.

Within the past week, plaintiffs produced several thousand pages of documents in compliance with the Court's order. In fact, counsel for the United States received some of the documents only this morning. Counsel has begun to review those documents, but will require some time to complete its review of this extensive production. At that time, the United States will be able to determine whether it requires additional factual discovery because of those documents. That process should be completed by the end of February. Plaintiffs observe that, by Order dated April 2, 2007, fact discovery was closed on May 2, 2007, after being extended

pursuant to defendant's request. (See attached Order). Plaintiffs object to the suggestion that fact discovery is still open.

Further, the parties propose that the Court issue an order scheduling a telephonic status conference for early March to discuss both this discovery matter and, more broadly, the future course of this litigation.

Counsel for the plaintiffs participated in preparing this document and authorized defendant to file on behalf of both parties.

Respectfully submitted,

*s/ Stuart J. Bassin*

STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

RICHARD MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM HULBIG
Trial Attorney
JOSEPH SYVERSON
Trial Attorney

*s/ David Gustafson*
Of Counsel

January 18, 2008

# In The United States Court of Federal Claims

No. 06-123 T

(Filed: April 2, 2007)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 28, 2007, defendant filed a motion for a 50-day enlargement of time to complete discovery. On March 30, 2007, plaintiffs responded that they do not object to enlarging the discovery period provided that defendant is limited to deposing three additional witnesses and that similar flexibility be extended to plaintiffs when they need it. On March 31, 2007, defendant filed a reply to plaintiff's conditional concurrence taking issue with two of plaintiffs' statements.

Defendant's motion for a 50 day enlargement of time to complete discovery is hereby **GRANTED, IN PART, AND DENIED, IN PART**. On or before May 2, 2007, fact discovery for both parties shall be completed in this case. No further enlargements of time for fact discovery shall be granted. The parties are expected to cooperate, in particular, in the scheduling of depositions, which will not be limited in the fashion plaintiffs request. On or before May 16, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge