# In The United States Court of Federal Claims

No. 06-123 T

(Filed: January 22, 2008)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 22, 2008, pursuant to court order, the parties filed a joint status report indicating that defendant is reviewing plaintiffs' production, and requesting a telephonic status conference to discuss any remaining discovery issues in the case.

Alternatively, it is hereby ordered that **on or before February 15, 2008**, the parties shall file a joint status report providing detail on any remaining discovery issues and the parties' view of the future course of this litigation. After reviewing this filing, the court will schedule a status conference as necessary.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge