IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order of January 2008, the parties file this joint status report setting forth their views on future proceedings in this case.

1. The most significant issue confronting the parties and the Court is whether, given the substantial factual similarities between this case and the fact pattern presented by *Jade Trading, LLC v. United States*, this case should proceed toward resolution at this time. The current deadline for plaintiffs to file a notice of appeal in that case is February 25, 2008. If a notice of appeal is filed, both parties question the wisdom of litigating this case further during the pendency of an appeal in the *Jade Trading* litigation. The parties request that the Court schedule a telephonic status conference with counsel during March to discuss this issue.

2. The United States has completed its review of the documents produced in response to the Court's December 21, 2007, order on the privilege issues. Based upon that review, two issues have arisen which would require the Court's attention in the event that a decision is made to proceed toward trial. First, the United States would seek to conduct a limited number of depositions to address issues raised by this document production. Second, as gaps still remain in the numbering of the NS-series documents produced by plaintiffs, the United States would seek to clarify whether NS-series documents exist which have not been produced by plaintiffs. Both issues could be addressed at the requested status conference call.

Counsel for the plaintiffs participated in preparing this document, proposed much of the language in paragraph 1, and authorized defendant to file on behalf of both parties.

Respectfully submitted,

*s/ Stuart J. Bassin*

STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM HULBIG
Trial Attorney
JOSEPH SYVERSON
Trial Attorney

*s/ David Gustafson*

February 15, 2008 Of Counsel