IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-123 T

(Judge Francis M. Allegra)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**NOTICE OF RECUSAL**

Since the filing of our latest status report, defendants' attorneys have learned that the newly appointed Assistant Attorney General, Nathan J. Hochman, is recused from participating in this case. As a result, the inclusion of his name among defendant's attorneys listed on defendant's recent filings was an error. The listing of counsel in this case should be amended to

replace Mr. Hochman with John DiCicco, Deputy Assistant Attorney General. Defendant's future filings will reflect this corrected convention, as appears below.

Respectfully submitted,

*s/ Stuart J. Bassin*
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

JOHN DICICCO
Deputy Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
ADAM HULBIG
Trial Attorney
JOSEPH SYVERSON
Trial Attorney

*s/ David Gustafson*
Of Counsel

March 6, 2008