# In The United States Court of Federal Claims

No. 06-123 T

(Filed: March 18, 2008)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 18, 2008, a telephonic status conference was held in this case. Participating at the conference were Mr. David Aughtry, for plaintiff, and Mr. Stuart Bassin, for defendant. Pursuant to discussions during that conference, the court hereby **ORDERS** that plaintiff shall file with this court a copy of the opening brief in the appeal of *Jade Trading, LLC v. United States*, No. 08-5045, within fourteen (14) days of it being filed in the Federal Circuit.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge