# In The United States Court of Federal Claims

No. 06-123 T

(Filed: September 9, 2008)

_____

EVERGREEN TRADING, LLC, by and
through GLEN NUSSDORF AND CLAUDINE
STRUM on behalf of GN INVESTMENTS,
LLC, A Partner Other than the Tax Matters
Partner,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, September 23, 2008, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge