# In The United States Court of Federal Claims

No. 06-123 T

(Filed: September 23, 2008)

_____

EVERGREEN TRADING, LLC, by and
through GLEN NUSSDORF AND CLAUDINE
STRUM on behalf of GN INVESTMENTS,
LLC, A Partner Other than the Tax Matters
Partner,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 23, 2008, a telephonic status conference was held in this case. Participating at the conference were Mr. David Aughtry, for plaintiff, and Mr. Stuart Bassin, for defendant. During the discussions both parties requested that the court stay further proceedings in this case pending the final resolution on appeal of *Jade Trading, LLC v. United States*, Fed. Cl. No. 03-2164T. Accordingly:

1. Proceedings in this case are hereby **STAYED** pending a final appellate decision in *Jade Trading, LLC v. United States,* Fed. Cl. No. 03-2164T.

2. The parties shall file a joint status report within 14 days of the issuance of a final appellate decision in *Jade Trading, LLC v. United States,* Fed. Cl. No. 03-2164T, indicating how they will proceed in this case.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge