# In The United States Court of Federal Claims

No. 06-123T

(Filed: September 15, 2010)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                          Plaintiffs,

            v.

THE UNITED STATES,

                          Defendant.

_____

**ORDER**

_____

On September 13, 2010, the parties filed a joint motion to enlarge, seeking a fourteen day extension to file their joint status report. This is the fourth request the court has received for such an extension. The motion is hereby GRANTED. On or before September 27, 2010, the parties shall file their joint status report.

    **No further enlargement of this deadline will be granted.**

    **IT IS SO ORDERED.**

                                                           s/ Francis M. Allegra
                                                           Francis M. Allegra
                                                           Judge