# In The United States Court of Federal Claims

No. 06-123T

(Filed: September 30, 2010)
_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

A telephonic status conference will be held in this case on Friday, October 15, 2010, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge