# In The United States Court of Federal Claims

No. 06-123T

(Filed: October 15, 2010)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                              Plaintiffs,

                    v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**

_____

        On October 15, 2010, a telephonic status conference was held in this case. Participating in the conference were David Aughtry, on behalf of the plaintiff, and Joseph Syverson, on behalf of defendant. On or before October 29, 2010, the parties shall file a joint status report indicating how this case shall proceed. If appropriate, the parties shall include a proposed schedule with their joint status report.

        **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge