# In The United States Court of Federal Claims

No. 06-123T

(Filed: November 3, 2010)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                       Plaintiffs,

          v.

THE UNITED STATES,

                       Defendant.

_____

**ORDER**

_____

        On October 27, 2010, the parties filed their joint status report.  Although counsel for both sides have made the court aware of their respective schedules, the court has already stayed this case for nearly 25 months pending the outcome on *Jade Trading* and believes this matter must move forward promptly.   Accordingly, the court orders the following:

1. This case is hereby restored to the active docket;

2. On or before January 14, 2011, the parties shall simultaneously file cross-motions for summary judgment; and

3. On or before February 18, 2011, the parties shall simultaneously file their responses to the cross-motions for summary judgment.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge