# In The United States Court of Federal Claims

No. 06-123T

(Filed: January 7, 2011)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

           Plaintiffs,

    v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On January 6, 2011, the parties filed a joint motion for stay of proceedings to permit defendant to consider plaintiff's pending settlement offer. The motion is hereby **GRANTED**. Accordingly:

1. This case is hereby **STAYED**;

2. On or before February 4, 2011 and every 28 days thereafter, the parties shall file a joint status report regarding the progress of settlement negotiations; the parties will notify the court immediately if settlement discussions breakdown; and

3. If the parties fail to show progress as to settlement, the court will restore this case to the active docket and expedite briefing on cross-motions for summary judgment.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge