# In The United States Court of Federal Claims

No. 06-123T

(Filed: October 24, 2011)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                        Plaintiffs,

            v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

On October 14, 2011, the parties filed their joint status report. This status report reflects no additional progress towards a settlement. The court expects the next joint status report filed to reflect significant progress.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge