# In The United States Court of Federal Claims

No. 06-123T

(Filed: March 14, 2012)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                              Plaintiffs,

                              v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**

_____

       On or before April 2, 2012, the parties shall file their next joint status report, which was previously due March 30, 2012.  The deadlines for future status reports remain unchanged.

       **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge