# In The United States Court of Federal Claims

No. 06-123T

(Filed: March 14, 2012)

EVERGREEN TRADING, LLC, by and through GLEN NUSSDORF AND CLAUDINE STRUM on behalf of GN INVESTMENTS, LLC, A Partner Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On or before April 2, 2012, the parties shall file their next joint status report, which was previously due March 30, 2012. The deadlines for future status reports remain unchanged.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge