# In The United States Court of Federal Claims

No. 06-123T

(Filed: July 25, 2012)

_____

EVERGREEN TRADING, LLC, by and through
GLEN NUSSDORF AND CLAUDINE STRUM
on behalf of GN INVESTMENTS, LLC, A
Partner Other than the Tax Matters Partner,

                              Plaintiffs,

               v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**
_____

       The Clerk is hereby directed to enter judgment as follows:

       The adjustments set forth in the Notice of Final Partnership Administrative adjustment issued on September 26, 2005, with respect to the tax returns filed by Evergreen Trading, LLC, for the taxable years ending December 31, 1999, and December 31, 2000, are sustained, except as modified by petitioner's offer in compromise dated November 3, 2011, and the United States' acceptance dated May 14, 2012, by and through the Tax Division, Department of Justice.

       **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra_____
                                                        Francis M. Allegra
                                                        Judge